# EXHIBIT D

Exhibit D is a disc compilation of comprised of two video excerpts and photographs received via the Freedom of Information Act.

Exhibit D is being hand-delivered to:

**US Courts - District of Idaho**
**550 W Fort St. Rm 400**
**Boise, ID 83724**