TJ Angstman
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile: (208) 853-0117
Angstman ISB: 5738

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN PETERSON, LEON RUSSELL, CHRISTOPHER JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, AND RAYMOND BRYANT,<br>PLAINTIFFS,<br><br>VS.<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>DEFENDANT. | Case No. 1:12-CV-559-EJL<br><br>OBJECTION TO CCA'S RULE 7.1 DISCLOSURE AND MOTION TO REQUIRE SUPPLEMENTATION |

The Plaintiffs object to Corrections Corporation Of America's ("CCA") FRCP 7.1(a)(1) disclosure statement as being potentially inaccurate. This inaccuracy was brought to CCA's attention on April 30, 2013, but they failed to take corrective action. *See* **Exhibit A**. Since the Court has matters under advisement and needs this information to make properly informed disqualification decisions under the standard of Canon 3C(1)(c) of the Code of Conduct for United States Judges, Plaintiffs believe it is incumbent upon them to bring the deficiency to the

Court's attention. As shown in the attached **Exhibit A**, the mutual fund company, Vanguard Group, Inc., holds 12.36% of CCA as of March 8, 2013. *See* **Exhibit B**. There is no public record that this mutual fund has divested this large holding. While Vanguard Group, Inc. itself is not publicly traded, its mutual funds ARE publicly traded. Moreover, those publicly traded mutual funds OWN Vanguard, like a cooperative. *See* https://investor.vanguard.com/about/why-invest-with-us ("Your interests are the only interests we serve Most investment firms are either publicly traded or privately owned. Vanguard is different: We're client-owned. Helping our investors achieve their goals is literally our sole reason for existence. With no other parties to answer to and therefore no conflicting loyalties, we make every decision—like keeping investing costs as low as possible—with only your needs in mind.") Vanguard is no small company; it has over 2 trillion in its mutual funds. *See* https://investor.vanguard.com/about/who-we-are.

Plaintiffs request that the Court require supplementation of CCA's initial disclosure to include holding companies of mutual funds, such as Vanguard Group, Inc.

DATED this 15th day of May, 2013.

/s/
TJ ANGSTMAN
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Kirtlan G Naylor** kirt@naylorhales.com, dlr@naylorhales.com, skh@naylorhales.com, sri@naylorhales.com

**Nikki R. Smith**, Attorneys for Plaintiffs
nikkismithlaw@gmail.com

**Daniel P. Struck and Tara B. Zoellner**, Attorneys for Defendant
dstruck@swlfirm.com; tzoellner@swlfirm.com

/s/
TJ Angstman