Wyatt Johnson
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile: (208) 853-0117
Johnson ISB: 5858

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN PETERSON, LEON RUSSELL, CHRISTOPHER JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, AND RAYMOND BRYANT<br>Plaintiffs,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, Inc.<br>Defendant. | Case No. 1:12-CV-559-EJL<br><br>MOTION TO AMEND SCHEDULING ORDER |

Plaintiffs, by and through their counsel of record, ANGSTMAN JOHNSON, move the Court pursuant to F.R.C.P. 16(b)(4) to modify the scheduling order (Dkt. 18) entered in this matter. Specifically, parties request to alter the current deadline for amendment of pleadings, joinder of parties, from the current scheduled deadline of June 4, 2013 to September 4, 2013.

Plaintiffs make this motion for the reasons that: (1) despite the diligent of the Plaintiffs, CCA has not made available those documents as required by F.R.C.P. 26(a)(1) (initial

disclosures); (2) CCA has not responded to written discovery propounded on February 20, 2013; and (3) CCA has not filed its answer or affirmative defenses in response to the Plaintiffs' amended complaint. Plaintiffs have been given none of the information from CCA that Plaintiffs must consider in order to determine if amendments to the allegations or joinder of additional parties is necessary.

CCA has requested another protective order which will further delay production of discovery. There are now less than nineteen (19) days between the date of this motion and the current deadline for amending the complaint. There is an unreasonably small window of time between now and the current deadline to make such an assessment and determine whether an amendment is necessary.

This motion is based upon the facts in the accompanying affidavits of Wyatt Johnson and TJ Angstman, and argument contained in the accompanying Memorandum in Support of Motion to Amend Scheduling Order.

DATED this 17th day of May, 2013.

WYATT JOHNSON
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Kirtlan G Naylor** kirt@naylorhales.com, dlr@naylorhales.com, skh@naylorhales.com, sri@naylorhales.com

**Nikki R. Smith**, Attorneys for Plaintiffs
nikkismithlaw@gmail.com

**Daniel P. Struck and Tara B. Zoellner**, Attorneys for Defendant
dstruck@swlfirm.com; tzoellner@swlfirm.com

___________________________________
Wyatt Johnson