**IDAHO DEPARTMENT OF CORRECTION**
**Serious Incident Review (SIR) Report**

Date: __05/21/12__    Facility/District: __ICC__    Incident Location: __F-1__

Type of Incident:    On 05/05/12, at 1154, the Idaho Correctional Center had an incident in F pod of their close custody unit involving an assault with weapons. Security Threat Group members from the Aryan Knights (AK) and Severely Violent Criminals (SVC) hid in a janitor closet during a recreation movement. When the next quadrant of offenders were released into the dayroom the AK and SVC offenders came out of the closet and attacked members of the Youngsters Fucking Society (YFS) with weapons. There were 13 offenders involved in this incident.

Time and date of incident:  05/05/12    11:54

**Offenders Involved:**

| Name: | | IDOC#: | |
|---|---|---|---|
| Name: | | | |
| Name: | | | |
| Name: | 1 - IC 9-340(b) | | |
| Name: | | | |
| Name: | | | |
| Name: | | | |
| Name: | Redmond, William | IDOC#: | 69512 |
| Name: | Mitchell, Steven | IDOC#: | 95294 |
| Name: | Cunningham, Blaine | IDOC#: | 55891 |
| Name: | McNeil, Randy | IDOC#: | 67575 |
| Name: | Price, Christopher | IDOC#: | 66757 |
| Name: | Wilson, Michael | IDOC#: | 61348 |

*(Add additional rows if necessary)*

**Staff Involved:**

| Name: | | Associate #: | |
|---|---|---|---|
| Name: | Sharp, Jerry | Associate #: | 1507 |
| Name: | Carrick, Garth | Associate #: | 8836 |
| Name: | Taylor, Joel | Associate #: | 8786 |
| Name: | Huntley, Ashley | Associate #: | 0581 |
| Name: | Mullen, Annette | Associate #: | 0273 |
| Name: | Wittmann, James | Associate #: | 0173 |
| Name: | Skogsberg, Dustyn | Associate #: | 1142 |
| Name: | Griffith, Travis | Associate #: | 0179 |
| Name: | Anderson, Blake | Associate #: | 1045 |
| Name: | Soto, Rogelio | Associate #: | 6401 |
| Name: | Goldfuss, Amanda | Associate #: | 0465 |
| Name: | Gibbens, Nathan | Associate #: | 1154 |
| Name: | Moore, Nicole | Associate #: | 7583 |
| Name: | McCurdy, Douglas | Associate #: | 1335 |
| Name: | Nordio, Keith | Associate #: | 1343 |
| Name: | Thompson, Donald | Associate #: | 3110 |
| Name: | Trana, Christopher | Associate #: | 7592 |
| Name: | Price, Nicholas | Associate #: | 8871 |
| Name: | Rodriguez-Villela, Luiz | Associate #: | 6437 |
| Name: | Clayton, Michael | Associate #: | 1272 |

Appendix E
105.02.01.002
(Appendix last updated 8/4/11)

Page 1 of 10

Exhibit 10

Name: Mills, Jacob                                   Associate #:    1264
*(Add additional rows if necessary)*

**Others Involved:**

Name:   LeMaster, Carrol   Registered Nurse
Name:   Burmeister, Michelle    Licensed Practical Nurse
Name:   Segal, Jodi   Licensed Practical Nurse
*(Add additional rows if necessary)*

Was force used?  Yes  [x] No  [ ]

Did all involved staff members completed information reports?  Yes [ ]   No [x]

If reports were not completed, explain why:

> Shift Supervisor only completed a 105 and an ICC Incident Report form.  There is no report on his actions. Medical Staff did not complete reports.

Name and job title of the shift commander (correctional facility) or supervisor (community corrections) at the time of the incident:

> Brian Johnson – Unit Manager

Describe the shift commander/supervisor's involvement:

> The shift commander in this incident was Unit Manager Brian Johnson. In the reports received and during interviews, there was no clear indication during the incident of who was in charge. The shift commander did not seem to recognize the scope of the incident and his duties. The Shift commander who was in charge seemed to be unsure of all of the weapons, injuries, and offenders being moved through the crime scene during the incident. After the initial combatants were removed from the tier he gave orders to go get the rest of the offenders out of their cells for treatment. He was unaware that the offenders were being moved unrestrained and allowed to contaminate items from the crime scene.
>
> The report written by the shift commander stated inmates appeared to have weapons. However, during the panels interview with the shift commander stated he knew weapons were involved.
>
> The Shift commander did not feel this incident rose to the level of activating ICS because by the time he arrived on scene the incident was already over as the offenders were no longer combative. As of 05/21/12 staff seem to be unclear of what emergency procedures they are using. When asked if they are using IMT or ICS the panel was told by the shift commander they are and have been using ICS. When asked how they are trained on ICS he stated "Annually". However, it is clear that they are not using the Incident Command System.

If applicable, the name and title (if available) of any medical personnel involved:

> Dr. Agler
> LeMaster, Carrol   Registered Nurse
> Burmeister, Michelle   Licensed Practical Nurse
> Segal, Jodi   Licensed Practical Nurse

Describe in general, any medical care given:

> The panel did not receive reports from medical staff in regards to this incident. There was limited information given in reports as to the medical care given.  With the information provided it appears that medical staff noted injuries and stitched up the wounds that warranted it.

What department policies, SOPs, FMs, post orders, living guides, etc. govern the incident?

> SOP-507.02.01.001 Emergency Preparedness

Appendix E                                                Page 2 of 10
105.02.01.002
(Appendix last updated 8/4/11)

Exhibit 10