5-1C

# INCIDENT STATEMENT

| Facility | ICC | | Incident Number | 2012-2701-058-II-Anderson |
|---|---|---|---|---|

| Incident Date | 05/05/2012 | | Incident Time (HRS) | 1154 |
|---|---|---|---|---|

| Person Name | ID Number (Employee#/Inmate#/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Blake Anderson | 18180687 | Employee | Participant |

**Housing Location (For Inmates/Residents Only):**

**Based on your own knowledge, what did you see, hear, and do?**

On the above date and time, I responded to a Code Blue in F1. Sergeant Sharp and myself entered F1 were I saw 6 inmates in the front of F1 on the first tier locked in mutual combat striking each other with closed fist and improvised weapons. I gave 2 sets of verbal directives to stop fighting and then dispersed a 1 second burst of Oleoresin Capsaicin into the group. I then gave an additional 2 sets of verbal directives to stop fighting and get on the ground. The group dispersed and complied with the directives at that time I ordered inmate ▓▓▓▓ s #▓▓▓ to drop a U shaped Black piece of plastic in his right hand, I then kicked it away noticing a sharply pointed orange improvised weapon on the ground behind me. As the Emergence Response Team arrived in F1 Inmate ▓▓▓▓ continued trying to stand up I gave additional directives to get down and stay down on the ground I then pushed on his back to stay on the ground, he complied. The 6 inmates on the 1st tier were restrained and escorted to A-Pod and SMU for decontamination. I restrained inmate Wilson #61348 and escorted him from DEF to A-Pod with Officer McCurdy and Correctional Counselor Mullen operating the video camera. I assisted with the decontamination of inmates Wilson and inmate Cuttingham #55891 in A-Pod. I then went to medical and escorted inmate ▓▓▓▓▓▓▓ from medical to SMU cell ▓▓ with Officer Gibbens and Soto operating the video camera. EOR.

**Did you receive any injuries? YES or NO (If YES, Explain Below)**

No

**Were you evaluated by medical? YES or NO**

| Printed Name | Blake Anderson | | | |
|---|---|---|---|---|
| Signature | | | Date | 05-05-2012 |
| Typed By | Blake Anderson | | Date | 05-05-2012 |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C**

Place an "X" in the appropriate box:

| Inmate/Resident refused to complete this 5-1C |
|---|
| Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | Idaho Correctional Center | Incident Number | 2012-2701-058-IISOTO |
|---|---|---|---|

| Incident Date | 05/05/2012 | Incident Time (HRS) | 1154 |
|---|---|---|---|

| Person Name | ID Number (Employee/Inmate/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness/Participant) |
|---|---|---|---|
| R. SOTO | 4720574 | EMPLOYEE | PARTICIPANT |

| Housing Location (For Inmates/Residents Only) | NA |
|---|---|

**Based on your own knowledge, what did you see, hear, and/or do:**

On May 5, 2012 at 1154, I Officer Soto was posted in S-X when a code blue was called in F-1. I responded with a video camera and began recording at 1159 on inmate ▌1 - IC... ▌ ▌1 - IC 9-34...▌ # ▌1 - IC 9...▌ upon entry in the DEF foyer. Myself, Officer Thompson, and Officer Griffith escorted ▌1 - I...▌ from the DEF foyer to A-pod shower cell #2 for decontamination. The water was hot with the oleoresin capsicum on ▌1 - IC...▌s cuts to his face. He was moved to the A-pod recreation area to calm him down. Also A-pod was receiving more inmates involved in the F-1 code blue and placing them in the showers. ▌1 - IC...▌ was then moved to medical treatment room for evaluation. Upon completion, inmate ▌1 - I...▌ was placed in ▌1 - IC 9-340(b)(4)(a)(ii):...▌ without further incident. End of report.

**Did you receive any injuries? YES or NO (If YES Explain Below)**

NO

**Were you evaluated by medical? YES or NO** NA

| Printed Name | Roger Soto | | |
|---|---|---|---|
| Signature | | Date | 05/05/2012 |
| Typed By | Roger Soto | Date | 05/05/2012 |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C:**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Page 1 of 1

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility: | Idaho Correctional Center | Incident Number: | 2012-2701-058-II-Goldfuss |
|---|---|---|---|

| Incident Date: | 5/5/2012 | Incident Time (HRS): | 1154 |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/ Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Officer Goldfuss | 16538446 | Employee | Participant |

| Housing Location (For Inmates/Residents Only): | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

I, Officer Goldfuss, responded to the Code Blue in F1 on 5/5/2012 at 11:54. I placed Inmate Cunningham #55891 in restraints and escorted him from F1 to A-pod with Correctional Officer Sargeant with Sergeant Taylor on the camera. Inmate Cunningham was placed in the showers and decontaminated. I relieved Sergeant Taylor of the camera and continued filming. Medical evaluated Inmate Cunningham in the showers then I followed, with the camera, Officer Anderson and Officer Sargeant as they escorted Inmate Cunningham to Segregation Cell 33.

| Did you receive any injuries? YES or NO (If YES, Explain Below) | No |
|---|---|

| Were you evaluated by medical? YES or NO | No |
|---|---|

| Printed Name: | Amanda Goldfuss | | |
|---|---|---|---|
| Signature: | *[signature]* | Date: | 5/5/2012 |
| Typed By: | Amanda Goldfuss | Date: | 5/5/2012 |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C | |
|---|---|---|
| | Civilian/Other refused to complete this 5-1C | |

| Employee Witness Printed Name: | | Date: | |
|---|---|---|---|
| Employee Witness Signature: | | | |

| Employee Witness Printed Name: | | Date: | |
|---|---|---|---|
| Employee Witness Signature: | | | |

9/2/08

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility: | Idaho Correctional Center | | Incident Number | 2012-2701-058-II-Gibbens |
|---|---|---|---|---|

| Incident Date: | 05/05/2012 | | Incident Time (HRS) | 1154 |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Nathan Gibbens | 18693183 | employee | Participant |

**Housing Location (For Inmates/Residents Only)**

**Based on your own knowledge what did you see, hear and do?**

On 05/05/2012 I Officer Gibbens responded to the code blue in F1. When I arrived into F1 Officer B. Anderson instructed an Inmate ▮1-IC 9-340...▮ to drop what was in his hand. When the handle that was in his hand hit the ground I kicked it out of the tier. I saw a piece of plastic on the ground so I kick that out the door too. I than restrained Inmate McNeil IDOC # 67575 and escorted him to the foyer. Officer Moore than assisted me on the escort. Officer Price than came with the camera and we escorted McNeil to A pod. Upon arrival we put McNeil in the shower for decontamination. I than instructed McNeil through the decontamination process. During decontamination I took over camera operations. After the decontamination Officer Moore and Officer Harrell escorted McNeil to cell A 213. Medical tried to do an evaluation but McNeil refused. At 1648 I Officer Gibbens assist in the escort of Inmate ▮1-IC 9-340(...▮ IDOC, ▮1-IC 9...▮ from Medical to SMU pod ▮1-IC 9-...▮. With Officer B. Anderson and myself Officer Gibbens on escort and Officer Soto on camra. With no incident. EOR.

| Did you receive any injuries? YES or NO (If YES Explain Below) | No |
|---|---|

| Were you evaluated by medical? YES or NO | No |
|---|---|

| Printed Name | Nathan Gibbens | | | |
|---|---|---|---|---|
| Signature | *[signature]* | | Date | 05/05/2012 |
| Typed By | Nathan Gibbens | | Date | 05/05/2012 |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | | Date | |
|---|---|---|---|---|
| Employee/Witness Signature | | | | |

| Employee/Witness Printed Name | | | Date | |
|---|---|---|---|---|
| Employee/Witness Signature | | | | |

9/2/08

Proprietary Information — Not For Distribution

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | ICC | Incident Number | 2012-2701-058-II-Moore |
|---|---|---|---|

| Incident Date | 05/05/12 | Incident Time (HRS) | 1154 |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| N, Moore | 6084823 | employee | PARTICIPANT |

**Housing Location (For Inmates/Residents Only)**

**Based on your own knowledge, what did you see, hear, and do?**

I responded to DEF code blue upon arrival I helped escort Inmate McNeil #67575 with Correctional Officer Gibbens and Correctional Officer Price operating the camera, from DEF to A POD shower to decontaminate. Than from showers I escorted him with Officer Harrell and Gibbens operating the camera to A-213 with no further incidents.

**Did you receive any injuries? YES or NO (If YES Explain Below)**

NO

**Were you evaluated by medical? YES or NO** N

| Printed Name | N, Moore | | |
|---|---|---|---|
| Signature | *N Moore* | Date | .5/5/12 |
| Typed By | N, Moore | Date | 5-5-12 |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | |
|---|---|
| Inmate/Resident refused to complete this 5-1C | |
| Civilian/Other refused to complete this 5-1C | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Page 1 of 1

9/2/08

Proprietary Information – Not For Distribution

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | Idaho Correctional Center | Incident Number | 2011-2701-058-II-McCrudy |
|---|---|---|---|

| Incident Date | 05/05/12 | Incident Time (HRS) | 1154 |
|---|---|---|---|

| Person Name | ID Number (Employee#/Inmate#/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Doug McCurdy | 20756243 | Employee | Participant |

**Housing Location (For Inmates/Residents Only)**

**Based on your own knowledge, what did you see, hear, and do?**

Responded to code blue call after an all available staff call was issued. I ran from M-R to DEF and escorted an inmate with Officer Nordio from DEF to A-Pod. The inmate had already been placed in restraints and was waiting for escort. After placing the inmate in the bottom level shower, myself and Officer Nordio ran back to DEF to escort more inmates. When arriving to DEF I helped escort another inmate to A-Pod. The inmate had already been placed in restraints and was waiting for escort. We placed the inmate in the top level shower. I then went to Segregation and got an extra camera and brought that along with an extra battery and cd to A-pod.

**Did you receive any injuries? YES or NO (If YES, Explain Below)** No

**Were you evaluated by medical? YES or NO** No

| Printed Name | Doug McCurdy | | |
|---|---|---|---|
| Signature | | Date | 05/05/12 |
| Typed By | Doug McCurdy | Date | 05/05/12 |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C**

Place an "X" in the appropriate box:

| | |
|---|---|
| Inmate/Resident refused to complete this 5-1C | |
| Civilian/other refused to complete this 5-1C | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

9/2/08

Exhibit 10

5-1C

## INCIDENT STATEMENT

| Facility | ICC | | Incident Number | 2012-2710-058-II-Nordio |
|---|---|---|---|---|

| Incident Date | 05/05/2012 | | Incident Time (HRS) | 1154 |
|---|---|---|---|---|

| Person Name | ID Number (Emp#, Inmate#, Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness/Participant) |
|---|---|---|---|
| Correctional Officer Nordio | 20715302 | Employee | Participant |

| Housing Location (For Inmates/Residents Only) | DEF F-1 |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

I, Officer Nordio, helped escort inmate ▨-IC9▨ ▨II-IC▨ from DEF foyer to Segregation Management Unit with Sergeant Taylor, once there Sergeant Taylor left, Officer King and I put ▨I-IC9▨ into the shower, secured it and removed hand restraints. I then went back to DEF. , Officer Nordio, helped escort inmate Redman #69512 from DEF foyer to A pod with Officer McCurdy. Once we arrived at A pod we put him in the shower for decontamination and Officer Thompson locked the shower door. I went back to DEF to further assist

| Did you receive any injuries? YES or NO? (If YES, explain below) | No |
|---|---|

| Were you evaluated by medical? YES or NO? | No |
|---|---|

| Printed Name: | Nordio | | |
|---|---|---|---|
| Signature: | *[signature]* | Date | 5-5-2012 |
| Typed By: | Nordio | Date | 05/05/2012 |

**This section to be completed by CCA staff if the civilian/other or Inmate/Resident refused to complete the 5-1C.**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Page 1 of 1

9/2/08

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | Idaho Correctional Center | Incident Number | 2012-2701-058-II-THOMPSON |
|---|---|---|---|

| Incident Date | 5-5-12 | Incident Time (HRS) | 1154 |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness/Participant) |
|---|---|---|---|
| Donald e Thompson III | 13962452 | Employee | Participant |

**Housing Location (For Inmates/Residents Only)**

**Based on your own knowledge, what did you see, hear, and do?**

On the date and time above I Officer Thompson responded to a code blue in DEF. I escorted Inmate ▓I - IC 9-340▓ ▓I - IC 9-▓ from DEF to medical for decontamination with officers Griffith and Soto. After decontamination inmate ▓I - IC 9-34▓ was evaluated by medical then escorted to ▓I - IC 9-340(b)(...▓. I then returned to escort Inmate ▓I - IC 9-340(b..▓ ▓I - IC 9-▓ to medical for medical evaluated with Officer Price. After the medical evaluation Inmate ▓I - IC 9-340(b..▓ was placed in ▓I - IC 9-340(b)(...▓.

**Did you receive any injuries? YES or NO (If YES, Explain Below)** | NO

**Were you evaluated by medical? YES or NO** | No

| Printed Name: | Donald E Thompson III | | |
|---|---|---|---|
| Signature: | *[signature]* | Date | 5-5-12 |
| Typed By: | Donald-E-Thompson-III | Date | 5-5-12 |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C**

Place an "X" in the appropriate box:

| Inmate/Resident refused to complete this 5-1C | |
|---|---|
| Civilian/Other refused to complete this 5-1C | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility: Idaho Correctional Center | | Incident Number: | 2012-2701-058-II-Trana |
|---|---|---|---|

| Incident Date: 5/5/2012 | | Incident Time (HRS): | 1154 |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Christopher Trana | 15908273 | Employee | Participant |

Housing Location (For Inmates/Residents Only):

**Based on your own knowledge what did you see, hear, and do?**
On Saturday, May 05, 2012, I was running D2 day room when I heard a code blue called on F1.  Once I celled up all inmates in D2 I exited the unit and assisted Officer Ardiz with an escort of Inmate [1 - IC 9-3] [1 1 - IC 9] to Medical.  Once in Medical I stayed with Inmate [1 - IC 9-3] while Medical personnel treated him for multiple wounds due to the altercation on F1.  I was then relieved by Officer Anderson whom continued the observation of Inmate [1 - IC 9].

Did you receive any injuries? YES or NO (If YES, Explain Below):  No

Were you evaluated by medical? YES or NO:  No

| Printed Name: | Christopher Trana | | |
|---|---|---|---|
| Signature: | *(signature)* | Date: | 5/5/2012 |
| Typed By: | Christopher Trana | Date: | 5/5/2012 |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C | |
|---|---|---|
| | Civilian/Other refused to complete this 5-1C | |

| Employee/Witness Printed Name: | | Date: | |
|---|---|---|---|
| Employee/Witness Signature: | | | |

| Employee/Witness Printed Name: | Christopher Trana | Date: | 05/12/2010 |
|---|---|---|---|
| Employee/Witness Signature: | | | |

Exhibit 10

5-1C

# INCIDENT STATEMENT

| **Facility** | ICC | | **Incident Number** | 2012-2710-058-II-PRICE |
|---|---|---|---|---|

| **Incident Date** | 05/05/2012 | **Incident Time (HRS)** | 1154 |
|---|---|---|---|

| **Person Name** | **ID Number** (Emp/ID — Inmate ID/Milan ID) | **Person Type** (Employee/Inmate/Civilian) | **Person Role** (Witness/Reporter/Participant) |
|---|---|---|---|
| Correctional Officer Price | 1902461 | Employee | Participant |

| **Housing Location (For Inmates/Residents Only)** | DEF F-1 |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**
I, Officer Price escorted Inmate Mitchell #95294 with Officer Cheney to the showers to decontaminate. I then went into the hallway, and became the camera operator on the escort of Inmate Mcneil #67575 from the hallway to Apod showers. Officer Gibbens relieved me of camera duties, and I returned to my post.EOR

| **Did you receive any injuries? YES or NO (If YES, Explain Below)** | No |
|---|---|

| **Were you evaluated by medical? YES or NO** | No |
|---|---|

| **Printed Name** | Price | | |
|---|---|---|---|
| **Signature** | *[signature]* | **Date** | 05/05/2012 |
| **Typed By** | Price | **Date** | 05/05/2012 |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| **Employee Witness Printed Name** | | **Date** | |
|---|---|---|---|
| **Employee Witness Signature** | | | |

| **Employee Witness Printed Name** | | **Date** | |
|---|---|---|---|
| **Employee Witness Signature** | | | |

9/2/08

Proprietary Information – Not For Distribution – Copyrighted

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | ICC | | Incident Number | 2012-2710-058-II-Rodriguez-V |
|---|---|---|---|---|

| Incident Date | 05/05/2012 | | Incident Time (HRS) | 1154 |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Correctional Officer Rodriguez-V | 15199622 | Employee | Participant |

| Housing Location (For Inmates/Residents Only) | DEF F-1 |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

I, Officer Rodriguez-V, helped escort inmate [ 1 - IC 9-340(b)...  1 - IC 9-3...] from DEF foyer to Segregation with Sergeant Taylor, we put him into the shower and Officer King secured him, removed hand restraints for decontamination.

| Did you receive any injuries? YES or NO (If YES Explain Below) | No |
|---|---|

| Were you evaluated by medical? YES or NO | No |
|---|---|

| Printed Name | Rodriguez-V | | |
|---|---|---|---|
| Signature | Rodriguez-V | Date | |
| Typed By | Rodriguez-V | Date | 05/05/2012 |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

9/2/08

Proprietary Information – Not For Distribution – Copyrighted       Property of Corrections Corporation of America

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | Idaho Correctional Center | Incident Number | 2012-2701-058-II-Clayton |
|---|---|---|---|

| Incident Date | 05.05.2012 | Incident Time (HRS) | 1154 |
|---|---|---|---|

| Person Name | ID Number (Employee#/Inmate#/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Clayton | 19017574 | Employee | Witness |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge what did you see, hear and do?**

I, Officer Clayton, worked DEF Pod control during the incident. The prior day we had moved several inmates from other pods into F1 C-walk. As D-walk exited for DEF South Yard recreation, Officer R. Anderson radioed officer Skogsberg, who had just posted the pod, to check all the doors and showers. I witnessed Officer Skogsberg checking the showers and janitor closets, then pulling on each cell door as he walked the tier. At 1152 he indicated the tier was secure, and I rolled C-walk's doors.

Officer Skogsberg called the "code blue" and I repeated it on channels 1 and 7. I witnessed two sets of inmates fighting on the top tier, and other inmates trying to move out of the way. Skogsberg was attempting to cell up the inmates and disperse OC spray to break up the fights. All DEF staff were posted on pods for dayrooms, so I continued to call for assistance on 1 for other available staff. The fights appeared to involve more inmates, and Sgt. Carrick exited E1 to assist. I witnessed one inmate on top of another inmate in front of F1-201, jabbing repeatedly at his face.

Sgt Sharp entered DEF, followed by other staff. Inmates were sent downstairs, and placed on the ground, but some inmates kept trying to get back up. I broke the seal on DEF's flex-cuffs because we were out of metal restraints.

After inmates were escorted from the unit, F1 ██████ called me on the call box and said his celly had a head wound and was bleeding "real bad." I notified Sgt. Sharp.

I also received two calls from inmates who wanted to know why we moved those inmates from their pods to F1 when "we knew something like this was going to happen." I did not document what cells called me.

I was posted to the South DEF rec yard for the last few hours of my shift. When We were finally able to have escorts bring the 12 inmates back to their cells on F1, inmate Bee (F1-208) was one of the last to be escorted. Bee speculated that they would be on lockdown "at least a week because weapons were involved." Neither I nor Officer Kelley had mentioned details of the incident in the presence of the South Rec inmates.

**Did you receive any injuries? YES or NO (If YES, Explain Below)**

NO.

**Were you evaluated by medical? YES or NO** NO

**Printed Name** Michael Clayton

Exhibit 10

5-1C

## INCIDENT STATEMENT

| Signature | | Date | |
|---|---|---|---|
| Typed By | Michael Clayton | Date | 05.05.2012 |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C | |
|---|---|---|
| | Civilian/Other refused to complete this 5-1C | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Page 2 of 2

9/2/08

Proprietary Information – Not For Distribution – Copyrighted

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | Idaho Correctional Center | Incident Number | 2012-2701-058-II-Goodman |
|---|---|---|---|

| Incident Date | 5-5-2012 | Incident Time (HRS) | 1154 |
|---|---|---|---|

| Person Name | ID Number (Employee/Inmate/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Victim/Witness/Participant) |
|---|---|---|---|
| Kenneth Goodman | 18189841 | Employee | Participant |

**Housing Location (For Inmates/Residents Only):**

**Based on your own knowledge, what did you see, hear, and do?**

On May 5ᵗʰ at approximately 1945 hours, I was in F1 removing property from F1 ▇ ▇ *1 - IC 9...* after Offender *1 - IC 9-3...* had been in a fight earlier in the day. It was during the process that Officer Mills and I discovered 2 homemade knives and material for a third in the cell's trash can. The cell had offender *1 - IC 9-340(b)(4)(a)(b): identifiable...* # *1 - IC 9-...* living with *1 - IC 9-340... 1 - IC 9... 1 - IC 9-...*

**Did you receive any injuries? YES or NO (If YES, Explain Below)**
NO

**Were you evaluated by medical? YES or NO** Yes

| Printed Name: | Kenneth Goodman | | |
|---|---|---|---|
| Signature: | *[signature]* | Date: | 5-5-2012 |
| Typed By: | Kenneth Goodman | Date: | 5-5-2012 |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | Idaho Correctional Center | Incident Number | 2012-2701-058-II-Mills |
|---|---|---|---|

| Incident Date | 5-5-2012 | Incident Time (HRS) | 1154 |
|---|---|---|---|

| Person Name | ID Number (Employee / Inmate / CIVILIAN ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Jacob Mills | 19017638 | Employee | Participant |

**Housing Location (For Inmates/Residents Only)**

**Based on your own knowledge, what did you see, hear, and do?**

On May 5th at approximately 1945 hours, I was in F1 removing property from F1 ▮▮▮ after Offender ▮ IC 9-3... ▮ had been in a fight earlier in the day. It was during the process that Officer Goodman and I discovered 3 homemade knives in the cell's trash can. The cell had offender ▮ IC 9-340(b)(4)(a)(ii)  identifiabl... ▮ # ▮ IC 9-... ▮ living with ▮ IC 9-3... ▮ ▮ IC 9-... ▮ ▮ IC 9-... ▮ Also while I was in F1 cell 211 removing property I discovered three pieces of metal in F1 211's trash can they appeared to be used for homemade knifes. While I was in cell F1 205 I found a homemade weapon taped to the wall by the toilet. I searched the trash can on the top tier of F1 and found a homemade weapon.

**Did you receive any injuries? YES or NO (If YES, Explain Below)**
NO

**Were you evaluated by medical? YES or NO**   Yes

| Printed Name | Jacob Mills | | |
|---|---|---|---|
| Signature | | Date | 5-5-2012 |
| Typed By | Jacob Mills | Date | 5-5-2012 |

**This section to be completed by OCA staff if the civilian/other or inmate/resident refused to complete the 5-1C**

Place an "X" in the appropriate box:

| | |
|---|---|
| | Inmate/Resident refused to complete this 5-1C |
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Exhibit 10

# INCIDENT STATEMENT

5-1C

| Facility | | Incident Number | |
|---|---|---|---|
| Incident Date | | Incident Time (HRS) | |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| 1 - IC 9-340(b)(4)(a)(ii): id... | 1 - IC 9-340(b)(4)(a)(ii). ... | INMATE | PARTICIPANT |

| Housing Location (For Inmates/Residents Only) | F/ 1 - IC 9-... |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

I JUST SAW a BUNCH OF GUYS RUNNING down the TOP TIER towards C-WALK so I went into my cell and then went BACK out 1 an INMATE SWUNG at me so I punched HIM IN the FACE then another person started STABBING me IN the FACE iside of MY HEAD & THEN I got SPRAYED with O.C. I went down to the floor by cell -201. I covered my FACE with my Hands to try to Stop From Getting 'stabbed' IN the face again so the Guy who WAS STABBING me started to stab my RIGHT ARM, Hand & RIB cage and he started to kick me IN the FACE All OF US ON F1-C-WALK Told a few different C.O's & STAFF That we would have problems with A.K. S.V.C. yet they still moved US ON TO F1-C-WALK, THIS IS a CLEAR & UNACCEPTABLE case OF GROSS misconduct & IRRESPONSABILITY ON D.C.F STAFF

| Did you receive any injuries? YES or NO (If YES, Explain Below) | GOT STABBED 18 times |
|---|---|

| Were you evaluated by medical? YES or NO | yes |
|---|---|

| Printed Name | 1 - IC 9-340(b)(4)(a)(ii): identifiable victim information | | |
|---|---|---|---|
| Signature | | Date: | 5-5-2012 |
| Typed By | | Date | |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

9/2/08

Proprietary Information – Not For Distribution – Copyrighted

Property of Corrections Corporation ...

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | | Incident Number | |
|---|---|---|---|

| Incident Date | 5-5-12 | Incident Time (HRS) | |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| 1 - IC 9-340(b)(4)(a)(ii): iden... | 1 - IC 9-340(b)(4)(a)... | | |

| Housing Location (For Inmates/Residents Only) | F / 1 - IC 9-340(b)(4)(a)(ii): l... |
|---|---|

Based on your own knowledge, what did you see, hear, and do? I was comeing out of my cell seen 3 guys In front of my Door and I started geting Attacked and Deefended my self and got sprayed with o/c and got cock in my cell with one of my friends and then they took me to A Holding cell then took me to medical then I was Taken care of then put in a cell Down in medical That's All I know.

Did you receive any injuries? YES or NO (If YES, Explain Below) Scauges All over and stabes on my Head, Arm, Chin, Chest,

Were you evaluated by medical? YES or NO

| Printed Name: | | | |
|---|---|---|---|
| Signature: | | Date: | |
| Typed By | | Date: | |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Page 1 of 1

9/2/08

Proprietary Information – Not For Distribution – Copyrighted

Property of Corrections Corporation of America

Exhibit 10

# INCIDENT STATEMENT

5-1C

| Facility | ICC | | Incident Number | |
|---|---|---|---|---|

| Incident Date | 5-5-12 | | Incident Time (HRS) | |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| 1 - IC 9-340(b)(-1)(a)(ii): identifiable vict... | 1 - IC 9-340(b)(4)(a... | Inmate | Participant |

| Housing Location (For Inmates/Residents Only) | 1 - IC 9-340(b)(4... | |
|---|---|---|

Based on your own knowledge, what did you see, hear, and do?

Did you receive any injuries? YES or NO (If YES, Explain Below)

Were you evaluated by medical? YES or NO

| Printed Name: | | |
|---|---|---|
| Signature: | | Date: |
| Typed By: | | Date: |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| X | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | M. Bravo | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | Glenda L. Alumbaugh | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

9/2/08

Proprietary Information – Not For Distribution – Copyrighted

Property of Corrections Corporation of America

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | ICC | | Incident Number | |
|---|---|---|---|---|

| Incident Date | 5-5-12 | | Incident Time (HRS) | 1154 |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| 1 - IC 9-340(b)(4)(a)(a): identifiabl... | 1 - IC 9-340(b)(4)(a)(a)... | INMATE | PARTICIPANT |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

**Did you receive any injuries? YES or NO (If YES, Explain Below)**

**Were you evaluated by medical? YES or NO.**

| Printed Name: | | | |
|---|---|---|---|
| Signature: | | Date: | |
| Typed By: | | Date: | |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| X | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name: | Donald E Thompson III | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | [signature] | | |

| Employee/Witness Printed Name | Chase | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | [signature] | | |

9/2/08

roprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | ICC | | Incident Number |  |
|---|---|---|---|---|

| Incident Date | 5|5|12 | | Incident Time (HRS) |  |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| 1 - IC 9-3-40(b)(4)(a)(ii... | 1 - IC 9-3-40(b)(4)(a)(ii)... | Inmate | Participant |

| Housing Location (For Inmates/Residents Only) | 1 - IC 9-3-40(b)(4)(a)(ii): is... |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

Did you receive any injuries? YES or NO (If YES, Explain Below)

Were you evaluated by medical? YES or NO

| Printed Name: |  | | |
|---|---|---|---|
| Signature: |  | Date: |  |
| Typed By: |  | Date: |  |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| X | Inmate/Resident refused to complete this 5-1C |
|---|---|
|  | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name: | M. Bravo | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name: | R. King | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

9/2/08

Proprietary Information – Not For Distribution – Copyrighted

Property of Corrections Corp...

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | LCC | | Incident Number | |
|---|---|---|---|---|

| Incident Date | 5-5-12 | | Incident Time (HRS) | |
|---|---|---|---|---|

| Person Name | ID Number<br>(Employee #/Inmate #/Civilian ID) | Person Type<br>(Employee/Inmate/Civilian) | Person Role<br>(Witness or Participant) |
|---|---|---|---|
| 1 - IC 9-3:0(b)(... | 1 - IC 9-3:0(b)(4)(a)(i... | Inmate | Participant |

| Housing Location (For Inmates/Residents Only) | 1 - IC 9-3:0(b)(4)(a)(ii): identifi... |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

| Did you receive any injuries?   YES or NO   (If YES, Explain Below) | |
|---|---|

| Were you evaluated by medical?   YES or NO | |
|---|---|

| Printed Name: | | |
|---|---|---|
| Signature: | | Date: |
| Typed By: | | Date: |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| X | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | M. Bravo | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | B. King | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

9/2/08

Proprietary Information – Not For Distribution – Copyrighted        Property of Corrections Corporation of A— ...

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | ICC | | Incident Number | |
|---|---|---|---|---|

| Incident Date | 5 5 12 | | Incident Time (HRS) | |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| 1 - IC 9-340(b)(4)(a)(a): identifia... | Inmate | Inmate | Participant |

| Housing Location (For Inmates/Residents Only) | 1 - IC 9-340(b)(4)(a)(a): id... |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

**Did you receive any injuries? YES or NO  (If YES, Explain Below)**

**Were you evaluated by medical?  YES or NO.**

| Printed Name: | | | |
|---|---|---|---|
| Signature: | | Date: | |
| Typed By: | | Date: | |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| X | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name: | M. Bravo | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name: | B. King | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

9/2/08

Proprietary Information – Not For Distribution – Copyrighted        Property of Corrections Corporation of America

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | ICC | | Incident Number | |
|---|---|---|---|---|

| Incident Date | 5-5-12 | | Incident Time (HRS) | |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Redmond, William | 69512 | Inmate | Participant |

| Housing Location (For Inmates/Residents Only) | A 108 |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

| Did you receive any injuries? YES or NO (If YES, Explain Below) | |
|---|---|

| Were you evaluated by medical? YES or NO | Yes |
|---|---|

| Printed Name: | | | |
|---|---|---|---|
| Signature: | | Date: | |
| Typed By: | | Date: | |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| X | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | Charles Harrell | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | Charles Harrell | | |

| Employee/Witness Printed Name | Gregg Werth | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

9/2/08

Proprietary Information – Not For Distribution – Copyrighted    Property of Corrections Corporation of America

Exhibit 10

5-1C

## INCIDENT STATEMENT

| Facility | ZCC | | Incident Number | |
|---|---|---|---|---|

| Incident Date | 5-5-12 | | Incident Time (HRS) | |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Mitchell steven | 95294 | Inmate | Participant |

| Housing Location (For Inmates/Residents Only) | A 114 | |
|---|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

**Did you receive any injuries?  YES or NO  (If YES, Explain Below)**

**Were you evaluated by medical?  YES or NO**  | Yes

| Printed Name: | | |
|---|---|---|
| Signature: | | Date: |
| Typed By: | | Date: |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| X | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | Charles Harrell | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | Charles Harrell | | |

| Employee/Witness Printed Name | George Smith | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

Page 1 of 1                                                                 9/2/08

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | ICC | | Incident Number | |
|---|---|---|---|---|

| Incident Date | 5/5/12 | | Incident Time (HRS) | |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Cunningham | 65891 | Inmate | Participant |

| Housing Location (For Inmates/Residents Only) | SMU 33 |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

**Did you receive any injuries? YES or NO (If YES, Explain Below)**

**Were you evaluated by medical? YES or NO**

| Printed Name: | | | |
|---|---|---|---|
| Signature: | | Date: | |
| Typed By: | | Date: | |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| X | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name: | M. Bravo | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name: | B. King | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

9/2/08

Proprietary Information – Not For Distribution – Copyrighted

Property of Corrections Corporation of America

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | *ICC* | | Incident Number | |
|---|---|---|---|---|

| Incident Date | *5-5-12* | | Incident Time (HRS) | |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| *McNeil, Randy* | *62575* | *Inmate* | *Participant* |

| Housing Location (For Inmates/Residents Only) | *A213* |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

| Did you receive any injuries? YES or NO (If YES, Explain Below) | |
|---|---|

| Were you evaluated by medical? YES or NO | *Yes* |
|---|---|

| Printed Name | | |
|---|---|---|
| Signature | | Date: |
| Typed By | | Date: |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| X | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | *Charles Harrell* | Date: | *5-5-12* |
|---|---|---|---|
| Employee/Witness Signature | *Charles Harrell* | | |

| Employee/Witness Printed Name | *Gregg Work* | Date: | *5-5-12* |
|---|---|---|---|
| Employee/Witness Signature | | | |

Page 1 of 1

9/2/08

Proprietary Information – Not For Distribution – Copyrighted

Property of Corrections Corporation of America

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | ICC | | Incident Number | |
|---|---|---|---|---|

| Incident Date | 5-5-12 | | Incident Time (HRS) | |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Price  Chris | 66757 | Inmate | Participant |

| Housing Location (For Inmates/Residents Only) | A-101 |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

**Did you receive any injuries? YES or NO (If YES, Explain Below)**

**Were you evaluated by medical? YES or NO** | YES

| Printed Name: | | |
|---|---|---|
| Signature: | | Date: |
| Typed By: | | Date: |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| X | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | Charles Harrell | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | Charles Harrell | | |

| Employee/Witness Printed Name | Greg  Gum | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

Page 1 of 1

9/2/08

Proprietary Information – Not For Distribution – Copyrighted

Property of Corrections Corporation of America

Exhibit 10

5-1C

# INCIDENT STATEMENT

| Facility | ICC | | Incident Number | |
|---|---|---|---|---|

| Incident Date | 5-5-12 | | Incident Time (HRS) | |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Wilson, michael | 61348 | Inmate | Participant |

| Housing Location (For Inmates/Residents Only) | A209 |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

| Did you receive any injuries? YES or NO (If YES, Explain Below) | |
|---|---|

| Were you evaluated by medical? YES or NO | Yes |
|---|---|

| Printed Name: | | | |
|---|---|---|---|
| Signature | | Date: | |
| Typed By | | Date: | |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| X | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | Charles Harrell | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | Charles H. Harrell | | |

| Employee/Witness Printed Name | Gorge Lark | Date: | 5-5-12 |
|---|---|---|---|
| Employee/Witness Signature | | | |

Page 1 of 1

9/2/08

Proprietary Information – Not For Distribution – Copyrighted

Property of Corrections Corporation of America

Exhibit 10

# US. OF FORCE SUMMARY & REVIEW                    5-1D

| Facility | Idaho | | Incident Number | 2012-2701-058-II |
|---|---|---|---|---|

**Summary (To be Completed by Shift Supervisor or Designee)**

### 1. Type of Force:

| ☐ (blacked out) | ☐ (blacked out) | ☑ Inflammatory/Chemical |
|---|---|---|

| ☑ (blacked out) | ☐ (blacked out) | |
|---|---|---|

(blacked out) | |

### 2. Equipment (Check All That Apply):

| ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|
| ☑ | ☑ | ☐ | ☐ |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |

### 3. Restraints:

| Restraint Required | Yes    (If Yes, Complete Section Below) |
|---|---|
| Type of Restraint Used | Wrist Restraints / Flex Cuffs |
| Time On | 11:57 hours | Time Off | 13:30 hours |

### 4. Employees Involved In Using Force:

| Name | Title |
|---|---|
| Jerry Sharp | SR CORRECTIONAL OFFICER |
| Garth Carrick | SR CORRECTIONAL OFFICER |
| Dustyn Skogsberg | CORRECTIONAL OFFICER |
| Blake Anderson | CORRECTIONAL OFFICER |

### 5. Force Used on Following Inmates:

| Name | Inmate Number | |
|---|---|---|

Privileged and Confidential
Corrections Corporation of America
Proprietary Information - Not For Distribution - Copyrighted

Page 1 of 4                                                    2/3/11

Exhibit 10

# UOF'S

Exhibit 10

US. ~V ~ORCE SUMMARY & ~ ~EW                    5-1D

| | |
|---|---|
| 1 - IC 9-340(b)(4)(a...  1 - IC 9-340(b... | 1 - IC 9... |
| 1 - IC 9-34...  1 - IC 9-340(... | 1 - IC 9... |
| 1 - IC 9-340(b)(4...  1 - IC 9-340(b)(4)(a)(iii)- identifica... | 1 - IC 9... |
| 1 - IC 9-340...  1 - IC 9-340(b)(4)(... | 1 - IC 9... |
| 1 - IC 9-...  1 - IC 9-340(b)(... | 1 - IC 9... |
| 1 - IC 9-34...  1 - IC 9-... | 1 - IC 9... |
| 1 - IC 9-3...  1 - IC 9-340(b)(4)(a)(... | 1 - IC 9 |
| WILLIAM REDMOND | 69512 |
| STEVEN MITCHELL | 95294 |
| BLAINE CUNNINGHAM | 55891 |
| RANDY MC NEIL | 67575 |
| CHRISTOPHER PRICE | 66757 |
| MICHAEL WILSON | 61348 |

6. Justification:

| | | | |
|---|---|---|---|
| ☑ | [redacted] | ☐ | [redacted] |
| ☐ | [redacted] | ☐ | [redacted] |
| ☐ | [redacted] | ☐ | [redacted] |
| ☐ | [redacted] | | |

7. What steps less than force were attempted? (e.g. verbal command, IPC, show of force, etc)

Loud Verbal Commands

8. Summary of circumstances leading to the use of force:

On 5/5/2012 at 1154 am a Code Blue was called in DEF by Correctional Officer Skogsberg when he witnessed six Inmates attack seven other Inmates on the top tier landing of the pod. The attackers had positioned themselves in the upstairs cleaning closet and secured the door behind them. The attacking Inmates appeared to have weapons in their hands. The Inmates met each other and began to fight each other. Officer Skogsberg then called the code and gave several loud verbal directives to the Inmates to stop fighting. The Inmates were non responsive to the directives and at 1155 am Officer Skogsberg deployed several bursts of Oleoresin Capsicum at the Inmates to gain compliance. The Inmates did not comply and some of the aggressors broke off and headed down stairs to attack other Inmates in the dayroom. ERT arrived at 1156 and entered the pod giving verbal directives and using more OC to gain compliance.

Privileged and Confidential
Corrections Corporation of America
Proprietary Information - Not For Distribution - Copyrighted

Page 2 of 4                                                      2/3/11

Exhibit 10

US OF FORCE SUMMARY & VIEW                5-1D

9. Description of force used. Tactic and physical location to which force was applied (e.g. pepper ball round fired at Inmate Doe's left leg. Etc.):

Oleoresin Capsicum Mk 9 Sprayed at Inmates general area and at target area of eyes and face. Physical force used to remove Inmates from fighting each other by grabbing Inmates by arms and shoulders and pulling apart.

ADMINISTRATIVE REVIEW

To Be Completed By The Chief of Security or Designee:

1. Videotape Review:

☐ Entire policy was complied Explain below

2. Upon completing assessment of videotape and written reports were any discrepancies between the videotape and written report discovered?   ☐ Yes   ☐ No   ☐ N/A
If Yes, Explain:

3. Upon completion of review of videotape and/or other written documentation, was force determined to be reasonable and appropriate?        ☐ Yes   ☐ No
If No, Explain:

4. Are there any indications of policy, procedure, or practice violations (to include any allegations made by inmates/residents)?   ☐ Yes   ☐ No
If Yes, Explain:

5. Comments:

Privileged and Confidential
Corrections Corporation of America
Proprietary Information - Not For Distribution - Copyrighted

Page 3 of 4                                                          2/3/11

Exhibit 10

US__ 9__ FORCE SUMMARY & __ __ JEW                5-1D

To be Completed By The Warden/Administrator or Designee:

| Recommendations/Results of Review: |
|---|
| |

Electronically Signed By:

| Name | Job Title | Date and Time Signed |
|---|---|---|
| Bryan J Johnson | UNIT MANAGER | 05/05/2012 22:23 hrs. |

Privileged and Confidential
Corrections Corporation of America
Proprietary Information - Not For Distribution - Copyrighted

Page 4 of 4                                                                                      2/3/11

Exhibit 10