KOGSBERG
P-L RODRIWZ   U/M Johnson   Lt- Thomson

first shift
DEF
05.05.2012

CLAYTON-TRANA-SKOGSBERG
NORDIO-R.ANDERSON 401
L.RODRIGUEZ-B ANDERSON
KELLEY

SHARP-CARRICK-WORTHINGTON

1510  Kelley off D', on D²- Skogsberg to South Yard to relieve R.Anderson.
       Investigator Johnson returns to, and leaves DEF.

1511  R.Anderson off F².

1520  I officer ANDERSON Relieve Clayton

1521  WORTHINGTON EXITS DEF

1522  SKOGSBERG EXITS S. YARD; EXITS DEF

1523  CLAYTON ON SOUTH Rec YARD

1530  Trays ON DEF

1531  KELLEY on E'

1534  Kelley OFF E' on E²

1540  beginning escorts from South Yard /
       To F² For Bathroom and Water

1550  TRANA ENTERS DEF

1620  INVESTIGATOR JOHNSON, BARKER INVESTIGATOR
       ENTER DEF

1627  Investigator JOHNSON, BARKER on F'

1630  Count Time. Kelley off Rec AND F²

1632  Sharp. AND CARRICK ON D

1635  SKOGSBERG ENTERS DEF

1636  TRANA EXITS SOUTH YARD

1637  SharP, CARRICK OFF D' on D²

1640  SKOGSBERG on F'

1642  Sharp, CARRICK OFF D² on E'

1643  TRANA EXITS DEF

1647  Sharp, CARRICK off E²

1649  TRANA ENTERS DEF

1651  Sharp, CARRICK on F²

1654  SKOGSBERG on E' WITH CHOW

1655  TRANA on D' WITH CHOW

1657  Sharp, CARRICK OFF F² on F'

1658  Nurse on DEF

Exhibit 10

402

$D_{EF}$
5-5-12

| | | |
|---|---|---|
| 1708 | Rodriguez entres Def | RA |
| 1713 | Rodrigez on, off $D'$ | RA |
| 1715 | Late entry, Naedio on $F^2$ for chow - RB |

in chof of sarg rules

Pod Control _____ Lieut Benez
Date 5/5/12 ___ Shift Shift Supervisor ___ Asst. Shift Supervisor
I, Officer Seem assumed $D^2$ Pod Control. I received key ring #
with # __ of keys, and radio # ___ Beginning inmate counts; Pod $D'$
count # C1 Pod $D^2$ count # C1 Pod $E'$ count# 8X Pod $E2$
count# 31 Pod $F'$ count # 37 Pod $F2$ count # C2

| | | |
|---|---|---|
| 1725 | Adu count Johnson on $F'$ off $f'$ mills off $f'$ with sewing |
| 1730 | Escated $f'$ quad Deta back in Sorte |
| 1745 | Start feedy $f'$ Mills Anderson Kelly on $f'$ |
| 1750 | Clanton, Skassins Nanda Anderson Frana exits Def |
| 1800 | McMullin enter Def on $D'$ |
| 1806 | Late entry nyy water fass cenbuted |
| 1808 | Casper off $f'$ |
| 1811 | Casper on $F'$ |
| 1813 | Aules off $F'$ |
| 1814 | Diely on $D^2$ |
| 1414 | Casper on $D'$ |
| 1820 | McMullin off $f'$ exits Def |
| 1824 | Casper off $D'$ on $D^2$ Anderson Rodsges on $D^2$ McMullin enter Def Goodman enter Def exit Def |
| 1829 | McMullin on $D'$ $f'$ Anderson off $D^2$ on $D^2$ exits on $D^2$ on $E'$ |
| 1835 | Casper off $E'$ on $E^2$ Lieutent Danforte enter Def |
| 1840 | Post checks complete by Danforth |
| 1843 | Lieutent Danforth on $D^2$ Mills mcmulln off $f'$ enter |
| 1847 | Comtch fars complete and recorded. Sgt conick ent/ Def |
| | Casper off $f2$ on $D'$ fgt conck on $f'$ Anderson off $D^2$ on $D'$ |
| 1848 RA | |
| 1841 RA | wsen on $F'$ off ph |
| 1844 RA | $f'$ int Danfert off $D'$ on $f'$ |

Exhibit 10

```
ACOS MECODY
LIEUTENANT DANFORTH          DEF        KELLY BALZER  Slonecker
                             1ST        ALIAS McMullin Casper  402
                                        MILLS    Casper
                             5-5-12     SARGAT CARRICK
                                        MACYNTERE  CASPER
```

1121 CASPER EXITS E1 TO E2

1925 Slonecker, Goodman And Sargent Carrick EXIT F1

1929 CASPER EXITS E2 TO E1, Slonecker In F1

1938 WATCHTOURS COMPLETE

1939 WATCHTOURS ACTIVATED

1940 CASPER In D1

1943 Lawry assume def pod control and relieve blazer and blazer on D2 — me

1947 Memullen Casper Auls off D1 and Candy Soda Rider on D1 on Memullen off E1 on D1 off D1 un E2 — me

1955 Memullen off E2 on F1 Goodman off F1 exits Def — me

1958 Goodman off Memull off F1 on F2 Blazer off D2 — me

1959 Lieutenant Danforth order Def on f1 Blazer on D2 memullin off f2 on F2 — me

2005 Blazer off D2 on f1 — me

2008 Memullen Blazer off F1 on E1 Nurse enter Def — me

2010 Blazer off E1 on D1 with Malcoat staff pill call in Def

2013 Watch tour complete — me

2014 Watch tour activated — me

2015 Memullen off E1 on D2 — me

2024 memullen off D2 on E2 Aicles Casper off E1 Casper exits Def D1 E1 Candy dere — me

2025 Memullen off E2 field entr Def on D1 off D1 schule enter Def — me

2030 Mills entr Def on F1 with kelly Memullen on E1 — me

2038 Mills Kelly off F1 kelly on f1 off f1 — me

2035 Kelly on E2 Memullen off f2 on f2 mills f2 — me

2039 Lieutenant Danforth enter Def off D1 kelly off E2 Memullen off f2 — me

Exhibit 10

404

CO[redacted] Chief [redacted] DAnforth

Def 2nd Shift [illegible]

Officer Evans Aulas Mills Kelley McMullin

| | |
|---|---|
| 2[redacted] | Sgt Corrick McMullin Goodman on E2 —mc |
| [redacted] | Sgt Corrick McMullin Goodman off E2 Goodman |
| [redacted] | exits Def ——mc |
| 2053 | Nurse Malcont Balaez off D1 on D2 mills off F2 |
| 2055 | watch tours complete ——mc |
| 2056 | mcmullin on D2 Blazer off D2 E2 Search Locks Complete on |
| / | E2 Aulas Kelley off E1 ——mc |
| 2057 | Blazer off D2 exits Def —mc |
| 2100 | Count time watch tours activated Mills Kelley |
| / | on D1 Aulas on F2 Sgt Corrick exits Def —mc |
| 2105 | Mills Kelley off D1 on D2 ——mc |
| 2110 | Mills Kelley off D2 on E1 ——mc |
| 2113 | Mills Kelley off E1 on E2 —mc |
| 2115 | Mcmullin Malcont off D2 on E1 Mills Kelley |
| / | off E2 on F1 ——mc |
| 2021 | Kelley Mills off F1 on F2 —mc |
| 2128 | Mills ~~Kelley~~ off F2 call count from D1-61 |
| / | D2-60 E1-38 E2-38 F1-45 F2-61 Mills off |
| / | exits Def watch tours complete ——mc |
| 2130 | Mcmullin Malcont off E1 on E2 —mc |
| 2138 | Count is Clear —mc |
| 2139 | WAtch tours activated —mc |
| 2140 | Kelley off E2 Mills enter Def —mc |
| 2151 | Kelley Aulas off F2 complete with Cands Search Aulas |
| / | Nurse Malcont Mcmullin off E2 on F1 Aulas Mills |
| / | Kelley on F1 ——mc |
| [illegible]3 | Goodman enter Def on F2 —mc |
| | Mcmullin Nurse Malcont off F1 on F2 —mc |
| [illegible] | Goodman Mills off F1 exits Def —mc |
| [illegible] | Aulas Mills Kelley off F1 Cands Search Complete on D1 |
| | [illegible] |

Exhibit 10

assistant - Chief Melody       DEF

Lieutenant - Scott       2nd shift       405

1730-0530

| Time | Entry |
|------|-------|
| 2243 | Watch tours activated. |
| 2245 | Coombs on F2 |
| / | Mc Mullen and nurse on F1 |
| 2247 | Mc Mullen and nurse from F1 to E2 |
| / | Mills from E2 to E1 |
| 2249 | Mc Mullen and nurse off E2 |
| 2255 | Mills on F1 |
| 2300 | Coombs on D1 |
| 2303 | Coombs from D1 to D2 |
| 2305 | Coombs off D2 |
| 2306 | HSR pick up begins |
| 2309 | HSR pick up complete |
| 2345 | Count time watch tours activated |
| 2348 | Watch tours complete |
| 2349 | Watch tours activated |
| 2352 | Mills and Coombs from D2 to E1 |
| / | Late entry 2345 Mills and Coombs on D1 |
| / | Late entry 2348 Mills and Coombs from D1 to D2 |
| 2355 | Mills and Coombs from E1 to E2 |
| 2357 | Mills and Coombs from E2 to F1 |
| 000 | Mills and Coombs from F1 to F2 |
| 0010 | Watch tours complete |
| 0014 | Mills on and off F1 |
| 000 | Count time watch tours activated |
| / | Coombs and Mills on D1 |
| 0103 | Coombs and Mills from D1 to D2 |
| 0106 | Coombs and Mills from D2 to E1 |
| 0112 | Coombs and Mills from E1 to E2 |
| 0114 | Coombs and Mills from E2 to F1 |
| 0117 | Coombs and Mills from F1 to F2 |

Exhibit 10

CRIME SCENE LOG

Exhibit 10

5/5/2012

1243 Hours, Sergeant Carrick has establ a Crime Scene per Shift Commander Johnson. This is in response to o Inmate on Inmate Fight in F1 that Occured at 1154. I have Wacked the pod and ensured that all minor Inmates have been removed and that Pod is Secure, and No one is allow on the pod without the Shift Com authorization.

1341 Shift Commander Johnson and a do County Sheriff Deputy arrive on Scene to Conduct investigation and Photograph evidence.

1403 Johnson and the Sheriff Deputy exi-

1404 Investigator Johnson and Lieutenant Watkins enter to Collect additiono evidence.

1450 Johnson and Watkins exit,

1618 Investigator Johnson and Ada County Crime Scene Investigator Barker enter Pod For additional evidence Collect

Exhibit 10

# PASS DOWN LOG

Exhibit 10

31

post 2 officers instead of the normal 1 for the time being

11-27-11 Forge rounds pass down

11-27-11 Lieutenant Gabbitas — Reviews Log

11-28-11 D2 Quad C was out an extra 9 minutes past end of day room, and D2 Quad D was out an extra 6 minutes past day room. The problem of celling up these quads is an ongoing problem.

11-28-11 Lieutenant Gabbitas — Reviews Log

11-29-11 Captain Watts Conducting Rounds

11-29-11 Forge rounds pass down

11-29-11 Lieutenant Gabbitas — Reviews Log

11-30-11 Log reviewed

11-3-11 Murphy reviews 7-5

11/30/11 Hodge reviews Passdown log

Inmate Dobbs D#107B moves to G.P.

Inmate Jensen D#213A moves to GP

Inmate Bryant in D#107A #98310 escorted to Seg for interfering with count Per Unit Management Riguez DET is back on a 10 minute warning and opening Quad Doors until further Notice

11-30-11 Inmate Pugley out of D# 205 new Juniorshit turmoil(s) morning for toilet

11-30-11 LOG REVIEW. C.R—

12-01-11 Hodge reviews Pass down log

12-1-11 Log reviewed by Cpl W
0610 Clayton Performs "Hooch Run"
0613 — Martyrack Preforms "Hooch Run" D2
1630 - Inmate Bruffett E'104 Decline Medical

12-01-11 Per Chief Jepsen anytime staff document another staff member

Log books Redacted.pdf redacted on: September 28, 2012

Redaction Summary ( 0 redactions )

0 Privilege / Exemption reason used:

Redacted pages:

Exhibit 10



# Idaho Department of Correction

# Offender Summary

| | | | | |
|---|---|---|---|---|
| **Offender Name:** | WILSON, MICHAEL BRIAN | | | |
| **Offender Number:** | 61348 | | | |
| **Location:** | ICC UNIT E POD A 2 09 B | **Location Date:** | 05/05/2012 | |
| **Custody Level:** | CLOSE | **Custody Date:** | 11/03/2011 | |
| **Legal Status:** | | **Status Date:** | 09/19/2000 | |
| **Gender:** | MALE | **SSN:** | | |
| **Height:** | 5 ft 9 in | **FBI No:** | | |
| **Weight:** | .158 lbs | **SID No:** | | |
| **Eye Color:** | BROWN | | | |
| **Hair Color:** | BROWN | | | |
| **Birth Date:** | | | | |
| **Age:** | | | | |

| PED: | TPD: | FTRD: | Case Manager/PO: | jacosta |
|---|---|---|---|---|

| Alias Name: | Name Type: |
|---|---|
| WILSON, MICHAEL BRIAN | NAME OF RECORD |
| MENACE, | MONIKER |

**Scars, Marks, Tattoos**

No Records Found

| Crime | | | | | |
|---|---|---|---|---|---|
| Disposition | County | Sentence (Min/Max) | Sentence Date | Full Term Release Date | |

No Records Found

**Detainers and Holds**

| Type | Requesting Agency | Jurisdiction | Effective Date |
|---|---|---|---|

No Records Found

| Cautions, Holds and Considerations | Start Date | End Date |
|---|---|---|
| OFFENDER TO OFFENDER CORRESPONDENCE | 06/11/2002 | |

**Security Threat Group Information**

| STG | Activity Level | Comments | | |
|---|---|---|---|---|
| ARYAN | SUSPECTED | WHITE SUPREMACIST | Undocumented | A K |

**Offender Safety Concerns**

| Primary Offender | Offender Number | Location | Secondary Offender | Offender Number | Location | Conflict Staff Name | Conflict Staff Location | End Date |
|---|---|---|---|---|---|---|---|---|

No Records Found

| | | |
|---|---|---|
| Date: 05/07/2012 09:17 | Created By: thiggins | Page 1 of 1 |
| CIS/Facility Main/Offender Summary | | |

Exhibit 10