

# Idaho Department of Correction

## Offender Summary

| | | | |
|---|---|---|---|
| Offender Name: | REDMOND, WILLIAM JOE | | |
| Offender Number: | 69512 | | |
| Location: | ICC UNIT E POD A 1 08 B | Location Date: | 05/05/2012 |
| Custody Level: | CLOSE | Custody Date: | 03/29/2012 |
| Legal Status: | | Status Date: | 06/18/2010 |
| Gender: | MALE | SSN: | |
| Height: | 5 ft 10 in | FBI No: | |
| Weight: | 165 lbs | SID No: | |
| Eye Color: | BROWN | | |
| Hair Color: | BROWN | | |
| Birth Date: | | | |
| Age: | | | |

| PED: | TPD: | FTRD: | Case Manager/PO: | jacosta |
|---|---|---|---|---|

| Alias Name: | Name Type: |
|---|---|
| REDMOND, WILLIAM JOE | NAME OF RECORD |
| SHARKEY, | MONIKER |
| SHARKY, | MONIKER |

**Scars, Marks, Tattoos**

No Records Found

| Crime | | | | | |
|---|---|---|---|---|---|
| Disposition | County | Sentence (Min/Max) | Sentence Date | Full Term Release Date | |

No Records Found

| Detainers and Holds | | | |
|---|---|---|---|
| Type | Requesting Agency | Jurisdiction | Effective Date |

No Records Found

| Cautions, Holds and Considerations | Start Date | End Date |
|---|---|---|
| OFFENDER TO OFFENDER CORRESPONDENCE | 05/07/2003 | |
| OFFENDER TO OFFENDER CORRESPONDENCE | 08/12/2004 | |

**Security Threat Group Information**

| STG | Activity Level | Comments |
|---|---|---|
| ARYAN | SUSPECTED | ARYAN KNIGHT |

| Offender Safety Concerns | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Primary Offender | Offender Number | Location | Secondary Offender | Offender Number | Location | Conflict Staff Name | Conflict Staff Location | End Date |

No Records Found

Exhibit 10



# Idaho Department of Correction

## Offender Summary

| Offender Name: | PRICE, CHRISTOPHER | | | |
|---|---|---|---|---|
| Offender Number: | 66757 | | | |
| Location: | ICC UNIT E POD A 1 01 B | Location Date: | 05/05/2012 | |
| Custody Level: | CLOSE | Custody Date: | 11/07/2011 | |
| Legal Status: | | Status Date: | 06/17/2002 | |
| Gender: | MALE | SSN: | | |
| Height: | 5 ft 7 in | FBI No: | | |
| Weight: | 183 lbs | SID No: | | |
| Eye Color: | BLUE | | | ID NO. 66757 DATE 0.810.06 |
| Hair Color: | BLOND OR | | | IDAHO DEPARTMENT OF CORRECTION |
| Birth Date: | | | | |
| Age: | | | | |

| PED: | TPD: | FTRD: | Case Manager/PO: | jacosta |
|---|---|---|---|---|

**Alias Name:** | **Name Type:**

PRICE, CHRISTOPHER — NAME OF RECORD

**Scars, Marks, Tattoos**

No Records Found

**Crime**

| Disposition | County | Sentence (Min/Max) | Sentence Date | Full-Term Release Date |
|---|---|---|---|---|

No Records Found

**Detainers and Holds**

| Type | Requesting Agency | Jurisdiction | Effective Date |
|---|---|---|---|

No Records Found

**Cautions, Holds and Considerations** | Start Date | End Date

No Records Found

**Security Threat Group Information**

| STG | Activity Level | Comments |
|---|---|---|
| ARYAN | SUSPECTED | ARYAN KNIGHT |

**Offender Safety Concerns**

| Primary Offender | Offender Number | Location | Secondary Offender | Offender Number | Location | Conflict Staff Name | Conflict Staff Location | End Date |
|---|---|---|---|---|---|---|---|---|

No Records Found

Exhibit 10

# Idaho Department of Correction

## Offender Summary



| Offender Name: | MITCHELL, STEVEN RICHARD | | | |
|---|---|---|---|---|
| Offender Number: | 95294 | | | |
| Location: | ICC UNIT E POD A 1 14 B | Location Date: | 05/05/2012 | |
| Custody Level: | CLOSE | Custody Date: | 04/12/2012 | |
| Legal Status: | | Status Date: | 01/14/2010 | |
| Gender: | MALE | SSN: | | |
| Height: | 5 ft 7 in | FBI No: | | |
| Weight: | 140 lbs | SID No: | | |
| Eye Color: | BROWN | | | |
| Hair Color: | BROWN | | | |
| Birth Date: | | | | |
| Age: | | | | |

| PED: | | TPD: | | FTRD: | | Case Manager/PO: | jacosta |
|---|---|---|---|---|---|---|---|

| Alias Name: | Name Type: |
|---|---|
| MITCHELL, STEVEN RICHARD | NAME OF RECORD |

**Scars, Marks, Tattoos**

No Records Found

| Crime | | | | | | |
|---|---|---|---|---|---|---|
| Disposition | County | Sentence (Min/Max) | Sentence Date | Full Term Release Date | | |

No Records Found

**Detainers and Holds**

| Type | Requesting Agency | Jurisdiction | Effective Date |
|---|---|---|---|

No Records Found

| Cautions, Holds and Considerations | Start Date | End Date |
|---|---|---|
| OFFENDER TO OFFENDER CORRESPONDENCE | 02/17/2010 | 01/01/2100 |

**Security Threat Group Information**

| STG | Activity Level | Comments |
|---|---|---|
| ARYAN | SUSPECTED | ARYAN KNIGHT |

**Offender Safety Concerns**

| Primary Offender | Offender Number | Location | Secondary Offender | Offender Number | Location | Conflict Staff Name | Conflict Staff Location | End Date |
|---|---|---|---|---|---|---|---|---|

No Records Found

Exhibit 10



# Idaho Department of Correction

## Offender Summary

| Offender Name: | **CUNNINGHAM, BLAINE JOSEPH** | | | |
|---|---|---|---|---|
| Offender Number: | 55891 | | | |
| Location: | ICC SEGREGATION 2 11 B | Location Date: | 05/05/2012 | |
| Custody Level: | CLOSE | Custody Date: | 03/05/2012 | |
| Legal Status: | | Status Date: | 03/18/2011 | |
| Gender: | MALE | SSN: | | |
| Height: | 5 ft 10 in | FBI No: | | |
| Weight: | 165 lbs | SID No: | | |
| Eye Color: | HAZEL | | | |
| Hair Color: | BROWN | | | |
| Birth Date: | | | | |
| Age: | | | | |

| PED: | | TPD: | | FTRD: | | Case Manager/PO: | jacosta |
|---|---|---|---|---|---|---|---|

| Alias Name: | | Name Type: |
|---|---|---|
| CUNNINGHAM, BLAINE JOSEPH | | NAME OF RECORD |

**Scars, Marks, Tattoos**

No Records Found

| Crime | | | | | |
|---|---|---|---|---|---|
| Disposition | | County | Sentence (Min/Max) | Sentence Date | Full Term Release Date |

No Records Found

| Detainers and Holds | | | | |
|---|---|---|---|---|
| Type | | Requesting Agency | Jurisdiction | Effective Date |

No Records Found

| Cautions, Holds and Considerations | Start Date | End Date |
|---|---|---|
| LOWER BUNK | 02/22/2012 | 08/22/2012 |

**Security Threat Group Information**

| STG | Activity Level | Comments |
|---|---|---|
| OTHER | SUSPECTED | SEVERELY VIOLENT CRIMINALS |

**Offender Safety Concerns**

| Primary Offender | Offender Number | Location | Secondary Offender | Offender Number | Location | Conflict Staff Name | Conflict Staff Location | End Date |
|---|---|---|---|---|---|---|---|---|
| CUNNINGHAM, BLAINE JOSEPH | 55891 | ICC | | | | | | 08/04/2015 |
| DAY, MORGAN PATRICK | 66381 | IMSI | CUNNINGHAM, BLAINE JOSEPH | 55891 | ICC | | | 10/30/2015 |

Exhibit 10



# Idaho Department of Correction

## Offender Summary

| Offender Name: | MCNEIL, RANDY CHRISTOPHER | | | |
|---|---|---|---|---|
| Offender Number: | 67575 | | | |
| Location: | ICC UNIT E POD A 2 13 B | Location Date: | 05/05/2012 | |
| Custody Level: | CLOSE | Custody Date: | 11/21/2011 | |
| Legal Status: | | Status Date: | 06/16/2008 | |
| Gender: | MALE | SSN: | | |
| Height: | 5 ft 7 in | FBI No: | | |
| Weight: | 178 lbs | SID No: | | |
| Eye Color: | BLUE | | | |
| Hair Color: | RED/AUBURN | | | |
| Birth Date: | | | | |
| Age: | | | | |

| PED: | TPD: | FTRD: | Case Manager/PO: | jacosta |
|---|---|---|---|---|

| Alias Name: | Name Type: |
|---|---|
| MCNEIL, RANDY CHRISTOPHER | NAME OF RECORD |
| RED NOSE, | MONIKER |
| BIG RED, | MONIKER |

**Scars, Marks, Tattoos**

No Records Found

| Crime | | | | | | |
|---|---|---|---|---|---|---|
| Disposition | | County | Sentence (Min/Max) | Sentence Date | Full Term Release Date | |

No Records Found

**Detainers and Holds**

| Type | Requesting Agency | Jurisdiction | Effective Date |
|---|---|---|---|

No Records Found

| Cautions, Holds and Considerations | Start Date | End Date |
|---|---|---|
| OFFENDER TO OFFENDER CORRESPONDENCE | 01/08/2004 | |
| OFFENDER TO OFFENDER CORRESPONDENCE | 03/03/2009 | |

**Security Threat Group Information**

| STG | Activity Level | Comments |
|---|---|---|
| OTHER | SUSPECTED | SEVERELY VIOLENT CRIMINALS |

**Offender Safety Concerns**

| Primary Offender | Offender Number | Location | Secondary Offender | Offender Number | Location | Conflict Staff Name | Conflict Staff Location | End Date |
|---|---|---|---|---|---|---|---|---|
| NELSON, GREGORY JOSEPH | 26201 | IMSI | MCNEIL, RANDY CHRISTOPHER | 67575 | ICC | | | 06/26/2042 |

Exhibit 10



# Idaho Department of Correction

## Offender Summary

| Offender Name: | 1 - IC 9-340(b)(4)(a)(n): identifiabl... | | |
|---|---|---|---|
| Offender Number: | 1 - I |

| Location: | ICC 1 - IC 9-340(b)(4)(a)(n): ide... | Location Date: | 1 - IC 9-34... |
|---|---|---|---|
| Custody Level: | CLOSE | Custody Date: | 1 - IC 9-34... |
| Legal Status: | | Status Date: | 1 - IC 9-34... |
| Gender: | MALE | SSN: | 1 - IC 9-34... |
| Height: | 1 - IC 9... | FBI No: | |
| Weight: | 1 - IC... | SID No: | |
| Eye Color: | 1 - I... | | |
| Hair Color: | 1 - IC 9-340(... | | |
| Birth Date: | 1 - IC 9-34 | | |
| Age: | 1... | | |

1 - IC 9-340(b)(4)(a)(n): identifiable victim in...

| PED: | TPD: | FTRD: | Case Manager/PO: | jacosta |
|---|---|---|---|---|

**Alias Name:** 1 - IC 9-340(b)(4)(a)(n): identifiabl...   **Name Type:**

NAME OF RECORD

**Scars, Marks, Tattoos**

No Records Found

| Crime | | | | |
|---|---|---|---|---|
| Disposition | County | Sentence (Min/Max) | Sentence Date | Full Term Release Date |

No Records Found

| Detainers and Holds | | | | |
|---|---|---|---|---|
| Type | Requesting Agency | Jurisdiction | Effective Date | |

No Records Found

**Cautions, Holds and Considerations**   **Start Date**   **End Date**

No Records Found

| Security Threat Group Information | | | |
|---|---|---|---|
| STG | Activity Level | Comments | |

No Records Found   *Un documented   YFS*

| Offender Safety Concerns | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Primary Offender | Offender Number | Location | Secondary Offender | Offender Number | Location | Conflict Staff Name | Conflict Staff Location | End Date |

No Records Found

Date: 05/07/2012 09:04          Created By: thiggins          Page 1 of 1

CIS/Facility Main/Offender Summary

Exhibit 10



# Idaho Department of Correction

## Offender Summary

| | | | | |
|---|---|---|---|---|
| Offender Name: | 1 - IC 9-340(b)(4)(a)(ii): identifiable victim inform | | | |
| Offender Number: | 1 - 1 | | | |
| Location: | ICC  1 - IC 9-340(b)(4)(... | Location Date: | 1 - IC 9-34... | |
| Custody Level: | CLOSE | Custody Date: | 1 - 1 9-34 | |
| Legal Status: | | Status Date: | 1 - IC 9-34 | |
| Gender: | MALE | SSN: | 1 - IC 9-34... | |
| Height: | 1 - IC | FBI No: | | 1 - IC 9-340(b)(4)(a)(ii): identifiable victim i... |
| Weight: | 1 - IC | SID No: | | |
| Eye Color: | 1 - IC 9 | | | |
| Hair Color: | 1 - IC | | | |
| Birth Date: | 1 - IC 9-34 | | | |
| Age: | 1 | | | |

| PED: | TPD: | FTRD: | Case Manager/PO: | jacosta |
|---|---|---|---|---|

| Alias Name: | Name Type: |
|---|---|
| 1 - IC 9-340(b)(4)(a)(ii): identifiable victim infor | NAME OF RECORD |
| 1 - IC | MONIKER |

**Scars, Marks, Tattoos:**

No Records Found

| Crime | | | | | |
|---|---|---|---|---|---|
| Disposition | | County | Sentence (Min/Max) | Sentence Date | Full Term Release Date |

No Records Found

| Detainers and Holds | | | | |
|---|---|---|---|---|
| Type | | Requesting Agency | Jurisdiction | Effective Date |

No Records Found

| Cautions, Holds and Considerations | Start Date | End Date |
|---|---|---|

No Records Found

| Security Threat Group Information | | |
|---|---|---|
| STG | Activity Level | Comments |
| OTHER | SUSPECTED | YFS (YOUNGSTERS FUCKING SOCIETY) |

| Offender Safety Concerns | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Primary Offender | Offender Number | Location | Secondary Offender | Offender Number | Location | Conflict Staff Name | Conflict Staff Location | End Date |

No Records Found

Date: 05/07/2012 09:05          Created By: thiggins

Page  1  of  1

CIS/Facility Main/Offender Summary

Exhibit 10



# Idaho Department of Correction

## Offender Summary

| | | | |
|---|---|---|---|
| Offender Name: | 1 - IC 9-340(b)(4)(a)(ii): ide... | | |
| Offender Number: | 1 - I. | | |
| Location: | ICC  1 - IC 9-340(b)(4)( | Location Date: | 1 - IC 9-34. |
| Custody Level: | CLOSE | Custody Date: | 1 - 1. 9.34 |
| Legal Status: | | Status Date: | 1 - IC 9 34. |
| Gender: | MALE | SSN: | 1 - IC 9-34. |
| Height: | 1 - IC... | FBI No: | |
| Weight: | 1 - IC... | SID No: | |
| Eye Color: | 1 - IC ... | | |
| Hair Color: | 1 - IC 9. | | |
| Birth Date: | 1 - IC 9-34. | | |
| Age: | 1 | | |

1 - IC 9-340(b)(4)(a)(ii): identifiable victim inf...

| PED: | TPD: | FTRD: | Case Manager/PO: | Jacosta |
|---|---|---|---|---|

| Alies Name: | | Name Type: |
|---|---|---|
| 1 - IC 9-340(b)(4)(a)(ii): ide... | | NAME OF RECORD |
| 1 - IC 9-340(b)(4. | | MONIKER |

**Scars, Marks, Tattoos**

No Records Found

| Crime | | | | | | |
|---|---|---|---|---|---|---|
| Disposition | | County | Sentence (Min/Max) | Sentence Date | Full Term Release Date |

No Records Found

| Detainers and Holds | | | | |
|---|---|---|---|---|
| Type | | Requesting Agency | Jurisdiction | Effective Date |
| TRIED | | U.S. MARSHAL | U.S. MARSHAL | 12/22/2009 |

| Cautions, Holds and Considerations | | Start Date | End Date |
|---|---|---|---|

No Records Found

| Security Threat Group Information | | | |
|---|---|---|---|
| STG | Activity Level | Comments | |
| ARYAN | SUSPECTED | 520  1 - IC 9-340... | Undocumented  YFS |

| Offender Safety Concerns | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Primary Offender | Offender Number | Location | Secondary Offender | Offender Number | Location | Conflict Staff Name | Conflict Staff Location | End Date |
| 1 - IC 9-340(b)(4)(a)(ii): ide... | 1 - IC... | ICC | TREFREN, DEREK CHRISTOPHER | 64028 | ICC | | | 10/30/2016 |
| 1 - IC 9-340(b)(4)(a)(ii): ide... | 1 - IC... | ICC | FLOOD, SCOTT ANDREW | 91762 | ICIO | | | 10/30/2016 |

Date: 05/07/2012 09:06          Created By:  thiggins          Page   1   of   1

CIS/Facility Main/Offender Summary

Exhibit 10



# Idaho Department of Correction

## Offender Summary

| Offender Name: | 1 - IC 9-340(b)(4)(a)(ii): identifiable vi... | | | | | |
|---|---|---|---|---|---|---|
| Offender Number: | 1 - IC.. | | | | | |
| Location: | ICC 1 - IC 9-340(b)(4)(... | | Location Date: | 1 - IC 9-340... | | |
| Custody Level: | CLOSE | | Custody Date: | 1 - IC 9-340... | | |
| Legal Status: | | | Status Date: | 1 - IC 9-340 | | |
| Gender: | MALE | | SSN: | 1 - IC 9-34... | | 1 - IC 9-340(b)(4)(a)(ii): identifiable victim into... |
| Height: | 1 - IC.. | | FBI No: | | | |
| Weight: | 1 - IC.. | | SID No: | | | |
| Eye Color: | 1 - IC.. | | | | | |
| Hair Color: | 1 - IC 9.. | | | | | |
| Birth Date: | 1 - 1.. 9-34.. | | | | | |
| Age: | 1.. | | | | | |

| PED: | TPD: | FTRD: | Case Manager/PO: | jacosta |
|---|---|---|---|---|

| Alias Name: | | Name Type: |
|---|---|---|
| 1 - IC 9-340(b)(4)(a)(ii): identifiable v.. | | NAME OF RECORD |
| 1 - IC.. | | MONIKER |

**Scars, Marks, Tattoos**

No Records Found

| Crime | | | | | |
|---|---|---|---|---|---|
| Disposition | County | Sentence (Min/Max) | Sentence Date | | Full Term Release Date |

No Records Found

| Detainers and Holds | | | |
|---|---|---|---|
| Type | Requesting Agency | Jurisdiction | Effective Date |

No Records Found

| Cautions, Holds and Considerations | Start Date | End Date |
|---|---|---|

No Records Found

**Security Threat Group Information**

| STG | Activity Level | Comments | | | |
|---|---|---|---|---|---|
| ARYAN | SUSPECTED | SKINHEAD | Undocumented YFG | | |

| Offender Safety Concerns | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Primary Offender | Offender Number | Location | Secondary Offender | Offender Number | Location | Conflict Staff Name | Conflict Staff Location | End Date |

No Records Found

---

Date: 05/07/2012 09:07        Created By: thiggins        Page 1 of 1

CIS/Facility Main/Offender Summary

Exhibit 10



# Idaho Department of Correction

## Offender Summary

| | | | | |
|---|---|---|---|---|
| Offender Name: | 1 - IC 9-340(b)(4)(a)(a) | | | |
| Offender Number: | 1 - IC... | | | |
| Location: | ICC 1 - IC 9-340(b)(4)(a)(a): ide... | Location Date: | 1 - IC 9-34... | |
| Custody Level: | CLOSE | Custody Date: | 1 - IC 9-34... | |
| Legal Status: | | Status Date: | 1 - IC 9-34... | |
| Gender: | MALE | SSN: | 1 - IC 9-34... | 1 - IC 9-340(b)(4)(a)(a): identifiable victim informati... |
| Height: | 1 - IC 9 | FBI No: | | |
| Weight: | 1 - IC... | SID No: | | |
| Eye Color: | 1 - IC 9... | | | |
| Hair Color: | 1 - IC 9... | | | |
| Birth Date: | 1 - IC 9-34... | | | |
| Age: | 1 | | | |

| PED: | TPD: | FTRD: | Case Manager/PO: | Jacosta |
|---|---|---|---|---|

| Alias Name: | | Name Type: | |
|---|---|---|---|
| 1 - IC 9-340(b)(4)(a)(a)... | | NAME OF RECORD | |

**Scars, Marks, Tattoos**

No Records Found

| Crime | | | | | |
|---|---|---|---|---|---|
| Disposition | County | Sentence (Min/Max) | Sentence Date | Full Term Release Date | |

No Records Found

| Detainers and Holds | | | | |
|---|---|---|---|---|
| Type | Requesting Agency | Jurisdiction | Effective Date | |

No Records Found

| Cautions, Holds and Considerations | Start Date | End Date |
|---|---|---|
| PAROLE HEARING OFFICER INTERVIEW | 03/20/2012 | 05/30/2012 |

| Security Threat Group Information | | | |
|---|---|---|---|
| STG | Activity Level | Comments | |
| No Records Found | Undocumented | YES | |

| Offender Safety Concerns | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Primary Offender | Offender Number | Location | Secondary Offender | Offender Number | Location | Conflict Staff Name | Conflict Staff Location | End Date |

No Records Found

---

Exhibit 10



# Idaho Department of Correction

## Offender Summary

| Offender Name: | 1 - IC 9-340(b)(4)(a)(n) iden... | | | |
|---|---|---|---|---|
| Offender Number: | 1 - IC... | | | |
| Location: | ICC 1 - IC 9-340(b)(4)(a)(n) ide... | Location Date: | 1 - IC 9-34... | |
| Custody Level: | CLOSE | Custody Date: | 1 - IC 9-34 | |
| Legal Status: | | Status Date: | 1 - IC 9-34 | |
| Gender: | MALE | SSN: | 1 - IC 9-34... | |
| Height: | 1 - IC 9... | FBI No: | | 1 - IC 9-340(b)(4)(a)(n): identifiable victim into... |
| Weight: | 1 - IC... | SID No: | | |
| Eye Color: | 1 - IC... | | | |
| Hair Color: | 1 - IC 9... | | | |
| Birth Date: | 1 - IC 9-34... | | | |
| Age: | 1... | | | |

| PED: | TPD: | FTRD: | Case Manager/PO: | Jacosta |
|---|---|---|---|---|

| Alias Name: | Name Type: |
|---|---|
| 1 - IC 9-340(b)(4)(a)(n) ide... | NAME OF RECORD |

**Scars, Marks, Tattoos**

No Records Found

| Crime | | | | | |
|---|---|---|---|---|---|
| Disposition | County | Sentence (Min/Max) | Sentence Date | Full Term Release Date | |

No Records Found

| Detainers and Holds | | | |
|---|---|---|---|
| Type | Requesting Agency | Jurisdiction | Effective Date |

No Records Found

| Cautions, Holds and Considerations | Start Date | End Date |
|---|---|---|
| REGISTERABLE SEX OFFENDER | 09/15/2009 | 08/04/2019 |
| OFFENDER TO OFFENDER CORRESPONDENCE | 12/14/2010 | 10/24/2015 |

| Security Threat Group Information | | |
|---|---|---|
| STG | Activity Level | Comments |
| OTHER | SUSPECTED | YFS (YOUNGSTERS FUCKING SOCIETY) |

| Offender Safety Concerns | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Primary Offender | Offender Number | Location | Secondary Offender | Offender Number | Location | Conflict Staff Name | Conflict Staff Location | End Date |

No Records Found

Exhibit 10