

1 - HIPPA, contains diagnositc and treatment information

Exhibit 10



2 - IC 9-340(b)(4)(a)(ii): identifiable victim information

Exhibit 10



*2 - IC 9-340(b)(4)(a)(i): identifiable victim information*

Exhibit 10



1 - HIPPA, contains diagnositc and treatment information

Exhibit 10



*2 - IC 9-340(b)(4)(a)(ii): identifiable victim information*

Exhibit 10



Exhibit 10



1 - HIPPA, contains diagnositc and treatment information

Exhibit 10



*2 - IC 9-340(b)(4)(a)(ii): identifiable victim information*

Exhibit 10



2 - IC 9-340(b)(4)(a)(ii): identifiable victim information

Exhibit 10



1 - HIPPA, contains diagnositc and treatment information

Exhibit 10



Exhibit 10