

Exhibit 10



Exhibit 10



1 - IC 9-340(b)(4)(a)(ii): identifiable victim information

Exhibit 10



Exhibit 10

3

Exhibit 10

**From:**        <OperationsIncidentReportGroup@idoc.idaho.gov>
**To:**          <OperationsIncidentReportGroup@idoc.idaho.gov>
**CC:**          <margaret.purcell@cca.com>
**Date:**        9/27/2012 7:12 PM
**Subject:**     105 Form:  Idaho Correctional Center:      Group Disruption      Group Insubordination
**Attachments:** Form_105_7398.pdf

On Thursday, September 27, 2012 at 1642 hours B Pod was placed on lockdown due to insubordinate behavior toward staff enforcing facility rules.  Administrative Duty Officer/Chief of Security Dan Melody was notified at 1700 hours and notified Contract Manager Christina Proctor.

Exhibit 10

# Memorandum

To:     ICC staff

From:   Chief of Security Jepsen

Date:   March 15, 2010

Re:     ERT response

---

Effective immediately, OC has been issued to all floor staff that are certified. This equipment is to be kept on their person. All staff carrying OC must rely on their training and the Use of Force policy.



Staff assigned to the primary Emergency Response Team (ERT) must respond to all codes rapidly with a sense of purpose having all necessary equipment to resolve the incident.

for immediate response to stop any fight or assault.

If you have any questions regarding this memo, contact your immediate supervisor or myself.

Exhibit 10

COPY

## CONTRACT CPO02167 AMENDMENT 5

THIS AMENDMENT to Contract CPO02167 for the operation of a state owned, privately operated correctional facility dated December 16, 2008, by and between the undersigned parties and as amended thereafter, is made by and between **CORRECTIONS CORPORATION OF AMERICA**, the "Contractor", and the **STATE OF IDAHO, DEPARTMENT OF ADMINISTRATION, DIVISION OF PURCHASING**, as the statutory agent for the **DEPARTMENT OF CORRECTION** and its **BOARD OF CORRECTION**, collectively, the "State".

**WHEREAS,** pursuant to the authority provided in Subsection 20-209 and 20-241A of the Idaho Code, the State entered into the Contract for the private management of an Idaho state correctional facility (the Facility) for an initial term of five years that did commence on the Service Commencement Date (July 1, 2009); and

**NOW, THEREFORE,** for valuable consideration the State and Contractor mutually agree to amend the Contract as follows:

1. **Contract subsection 2.6 SECURITY AND CONTROL**
   There is a new Contract subsection 2.6.24 hereby added to the Contract that reads as follows:
   **"Emergency Control of Offender Disturbance**
   The Department retains the right as set forth in Subsection 20-209 and 20-241A of Idaho Code to enter the Facility to prevent, control, and suppress serious disturbances, or attempts to commit the same, such as riots, escapes, affrays, and insurrections that, in the Director of the Idaho Department of Correction's discretion, may threaten the health, safety, security, or property of the Facility, Facility staff, Offenders, the public, or the State. This duty shall be exercised in the Director's sole discretion after consultation with the Contractor. In such cases, the Director shall designate resources under the control of the State to respond to serious disturbances at the Facility.

   The Contractor shall:
   (a) Participate in multi-agency training and enter into multi-agency agreements for the preventing and responding to serious disturbances at the Facility;

   (b) Immediately notify the Director of the Idaho Department of Correction and the designated IDOC Duty Officer in the event of a serious disturbance, or attempt to commit the same, at the Facility;

   (c) Provide the Department, and other governmental entities or agencies as designated by the Department, with unobstructed access to the Facility to include space to establish a command post, access to the Incident Commander, access to the Incident Command Post, and access to any

Exhibit 10

other space or resource at the Facility deemed necessary to respond to the disturbance;

(d) Participate in a unified command structure under the Director of the Idaho Department of Correction until, in the Director of the Idaho Department of Correction's discretion, the serious disturbance is resolved and the Director returns control of the Facility to the Contractor.

(e) Be responsible for the sole expense of any emergency response provided by any governmental entity pursuant to a multi-agency agreement, to include the Idaho Department of Correction. Within forty-five (45) days of providing an emergency response, each responding agency may submit a written itemized invoice detailing reasonable actual costs incurred to the Contractor. Undisputed invoices shall be paid no later than forty-five (45) days after receipt by the Contractor, or at such a date mutually agreed to by the parties involved. If the Contractor disputes any item on the invoice, the Contractor shall timely pay the undisputed portion of the invoice and furnish to the responding agency, no later than the payment due date, an explanation of the dispute.

To the extent the Idaho Department of Correction is involved in the operation of the Facility as part of any emergency response, the Contractor's indemnification and hold harmless obligations under this Contract shall not extend to the negligent or wrongful act or omission of the State, the Idaho Department of Correction, their agents or employees.

In the event there is a disturbance at the Facility that, in the Director of the Idaho Department of Correction's discretion, is successfully and actively managed by the Contractor, the Department retains the right to designate a Department liaison who will be provided unobstructed access to the Facility to observe the incident command system and interact with the Contractor during the serious disturbance.

This Amendment is effective upon the last date signed below.

    **IN WITNESS WHEREOF**, the Parties have caused this Amendment to be executed by their respective duly authorized agents.

**CONTRACTOR**
**Corrections Corporation of America**

By: _Natasha K. Metcalf_                    Date: _3/17/11_
Natasha K. Metcalf
Vice President Partnership Development

Exhibit 10