THE STATE OF IDAHO
Department of Correction

By
Brent D. Reinke
Director

Date: 3-22-11

THE STATE OF IDAHO
Division of Purchasing
Department of Administration

By:
Jason Urquhart, CPPB
Purchasing Officer

Date: 4/5/11

Exhibit 10



Exhibit 10



Exhibit 10

Exhibit 10



Exhibit 10



1 - IC 9-340(b)(4)(a)(ii): identifiable victim information

Exhibit 10