Thomas J Angstman
Wyatt Johnson
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile: (208) 853-0117
Angstman ISB: 5738
Johnson ISB: 5858

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN PETERSON, LEON RUSSELL, CHRISTOPHER JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, AND RAYMOND BRYANT<br><br>Plaintiffs,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, Inc.<br><br>Defendant. | Case No. 1:12-CV-559-EJL<br><br>PLAINTIFFS' MOTION TO COMPEL |

Plaintiffs, by and through their counsel of record, ANGSTMAN JOHNSON, make the following motions to the Court:

(1) To order Corrections Corporation of America ("CCA") to supplement its initial disclosures, pursuant to F.R.C.P. 26(e) and I.R.P.C. 4.2, cmt. 6, to identify and provide contact

information, as required by Rule 26(a)(1)(A)(i) of those "non-control" CCA employees: (a) who do not supervise, direct, or regularly consult with CCA's lawyer regarding this matter; or (b) who do not have authority to obligate CCA with respect to this matter; or (c) whose act or omission in connection with this matter may not be imputed to CCA for purposes of civil liability.

Specifically, Plaintiffs ask the Court to compel responses to supplemental initial disclosures and require them to provide the full name, address and telephone number of those "non-control" witnesses listed in the initial disclosures as witnesses, whose contact information is "c/o Kirtlan G. Naylor and James R. Stoll, Naylor and Hales, PC, 950 West Bannock Street, Suite 610, Boise, Idaho 83702." More specifically, those witnesses listed as the following:

9. N. Rodriguez,
10. D. Skogsberg,
11. R. Anderson,
12. T. Wengler,
13. J. Ibarra,
14. T. Kessler,
15. T. Koosman,
16. T. Johnson,
17. J. Watkins,
18. B. Johnson,
19. G. Carrick,
20. M. Moore,
21. D. Cavigliano,

22. M. Neiko,

23. M. Clayton,

24. K. Goodman,

25. J. Mills,

29. J. Segal, LPN,

30. M. Purcell.

The verbatim amended disclosures are attached and appended to this motion pursuant to Dist. Idaho Loc. Civ. R. 37.2.

(2) To impose a sanction, pursuant to F.R.C.P. 37(a)(3)(A), CCA for failing to disclose complete identification information in the initial disclosures for Warden Timothy Wengler sufficient to allow for Plaintiffs to serve Mr. Wengler, directly with a subpoena. CCA's counsel identified Mr. Wengler "c/o Kirtlan G. Naylor and James R. Stoll, Naylor and Hales, PC, 950 West Bannock Street, Suite 610, Boise, Idaho 83702," but refused to accept service of a subpoena upon Mr. Wengler at that address. Plaintiffs now suffer prejudice because Mr. Wengler has moved to an undisclosed location outside of the state. Plaintiffs request as a sanction that CCA be required to cause Mr. Wengler's attendance at deposition in Boise, Idaho, at a mutually convenient time during the month of July, 2013, and that CCA bear the costs of bringing Mr. Wengler to Boise, Idaho to attend deposition.

(3) To decree, pursuant to F.R.C.P. 5(b)(1), or, alternatively, impose a sanction, pursuant to F.R.C.P. 37(a)(3)(A), CCA for failing to disclose complete identification information in the initial disclosures, that service by mail upon "Kirtlan G. Naylor and James R. Stoll, Naylor and Hales, PC, 950 West Bannock Street, Suite 610, Boise, Idaho 83702" by mail to be sufficient service of process for subpoenas upon all such designated individuals.

The Plaintiffs certify pursuant to F.R.C.P. 37(a)(1), and (d)(1)(B) and Dist. Idaho Loc. Civ. R. 37.1 that they have made a reasonable effort to reach agreement with opposing counsel, and have met in good faith and conferred with opposing counsel regarding the subject matter of this motion in an effort to resolve this dispute without this motion to compel. Notwithstanding, such efforts have been unsuccessful.

Plaintiffs request a reward of reasonable attorney fees and costs pursuant to F.R.C.P. 26 F.R.C.P. 37(a)(5), and (d)(3).

This motion is based upon the facts set forth in the accompanying affidavit of counsel and memorandum in support of motion to compel.

DATED this 17th day of July, 2013.

/s/

WYATT JOHNSON
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Kirtlan G Naylor** kirt@naylorhales.com, dlr@naylorhales.com, skh@naylorhales.com, sri@naylorhales.com

**Nikki R. Smith**, Attorneys for Plaintiffs
nikkismithlaw@gmail.com

**Daniel P. Struck and Tara B. Zoellner**, Attorneys for Defendant
dstruck@swlfirm.com; tzoellner@swlfirm.com

/s/
Wyatt Johnson