UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN PETERSON, LEON RUSSELL, CHRISTOPHER JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, AND RAYMOND BRYANT,<br><br>           Plaintiffs,<br><br>     v.<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>           Defendant. | Case No. 1:12-CV-559-S-EJL<br><br>**ORDER OF TRANSPORT** |

A Settlement Conference has been set in this matter on **Tuesday, August 20, 2013 at 9:30 a.m.** before the Honorable Mikel H. Williams, United States Magistrate Judge for the District of Idaho.  The Settlement Conference shall be held at the James A. McClure Federal Building and United States Courthouse, 550 West Fort Street, on the 6th Floor, Courtroom #1.  It will be necessary for the Idaho Department of Correction (IDOC) to transport inmates for their participation at said settlement conference.

**Order of Transport - 1**

# ORDER

**THEREFORE, IT IS ORDERED** that the Idaho Department of Correction officials shall take appropriate measures to transport the inmates, as named below, on **Tuesday, August 20, 2013 to arrive at 9:00 a.m.** (30 minutes ahead of the 9:30 a.m. conference start time), and to be present for the conference and to remain until such time as their business before the Court has concluded.  The Idaho Department of Correction officials are directed each day to provide each inmate with a sack lunch, any required medications and any legal files that they deem necessary.

The inmates to be transported are as follows:

Omar Castillon, #82904, IMSI Unit C;

Justin Peterson, #99493, ICC Unit Seg.;

Jacob Wayne Judd, #90319, ISCI Unit 8;

Raymond Scott Bryant, #46123, ICC Unit F;

Leon M. Russell, #77947, ICC Unit F;

Michael Walter Ford-Bridges, #84529, IMSI A-8;

Dusty John Knight, #76632, ISCI Unit 15; and,

Christopher Sean Jordan, #46369, ISCI Unit 8.

The inmates are to be transported to the James A. McClure Federal Building and United States Courthouse, 550 West Fort Street, 6th Floor, Courtroom #1, Boise, Idaho, and will remain until their business with the Court has concluded.

**Order of Transport - 2**

The Clerk of Court shall provide notice to the following additional individuals by email:

U.S. Marshal Service

Jarod Cash
Idaho Department of Correction
jcash@idoc.idaho.gov

Vicki Bates
vbates@idoc.idaho.gov

Scott Thompson
sthompso@idoc.idaho.gov

Any questions regarding this Order should be directed to Ms. Susie Headlee at (208) 334-9067.

**SO ORDERED**.

DATED: **August 9, 2013**

Honorable Edward J. Lodge
U. S. District Judge

**Order of Transport - 3**