UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN KEITH PETERSON, LEON RUSSELL, CHRISTOPHER S. JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, and RAYMOND BRYANT,<br><br>               Plaintiffs,<br><br>     vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>               Defendant. | Case No. 1:12-cv-00559-EJL<br><br>**ORDER OF REFERRAL** |

Pending before the Court are the following motions: (1) Plaintiffs' Motion to Require Supplementation to Rule 7.1 Disclosure (Dkt. 47); (2) Plaintiffs' Motion to Compel (Dkt. 64); (3) Plaintiffs' Supplemental Motion to Compel (Dkt. 66); and (4) Defendant's Motion to Quash Subpoena (Dkt. 77).[1]

The Court finds that counsel for Plaintiffs and Defendant have refused to interact with each other reasonably and civilly. Many of the motions and briefs filed by both parties are full of hyperbole and include unfounded accusations against opposing counsel. The Court has considered several ways of dealing with this problem. At this time, the

---

[1] Also pending is Plaintiffs' First Motion in Limine (Dkt. 65), which will be denied without prejudice as premature.

**ORDER OF REFERRAL - 1**

Court has decided that it will not, as one court has done, require counsel to resolve their disputes by meeting on the courthouse steps for a game of Rock, Paper, Scissors.[2] *See Avista Mgmt., Inc. v. Wausau Underwriters Ins. Co.*, 2006 WL 1562246, at *1 (M.D. Fla. June 6, 2006).

Instead, because the disputes at issue in the pending motions appear to be capable of informal resolution by reasonable people, the Court will order counsel for both sides to attend a discovery mediation conference before United States Magistrate Judge Mikel H. Williams. The purpose of this conference will be to attempt to resolve all pending motions and all outstanding discovery disputes. Within 10 days after entry of this Order, counsel shall contact Claire Dwyer in Judge Williams's chambers to schedule the conference. Ms. Dwyer can be reached at (208) 334-1365.

No further motions may be filed in this case until all pending motions have been resolved.

## ORDER

**IT IS ORDERED:**

1. Plaintiffs' First Motion in Limine (Dkt. 65) is DENIED without prejudice.

2. This case is referred to the Honorable Mikel H. Williams for purposes of conducting a discovery mediation conference. Within 10 days after entry of this Order, counsel for Plaintiffs and Defendant shall contact Claire Dwyer,

---

[2] However, the Court may reconsider such innovative options in the future if counsel continue to conduct themselves in the manner in which they have to date.

**ORDER OF REFERRAL - 2**

        (208) 334-1365, to set an appropriate date and time for the conference. In participating in the conference, all counsel shall act reasonably.

3.     No further motions may be filed in this case until all pending motions are resolved, whether voluntarily by counsel or by the Court.

4.     Counsel are reminded that discovery abuses are grounds for the imposition of sanctions, up to and including dismissal or default judgment. *See Dreith v. Nu Image, Inc.*, 648 F.3d 779, 787 (9th Cir. 2011).

DATED: **September 11, 2013**

Honorable Edward J. Lodge
U. S. District Judge

**ORDER OF REFERRAL - 3**