TJ Angstman
Wyatt B. Johnson
ANGSTMAN JOHNSON
3649 Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
Johnson ISB: 5858
Angstman ISB: 5738


Nikki Smith
3649 Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile: (208) 853-0117
Smith ISB: 9030


Attorneys for Omar Castillon, Dusty Knight, Justin Peterson, Leon Russell, Christopher Jordan, Jacob Judd, Michael Ford-Bridges, Raymond Bryant.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN PETERSON, LEON RUSSELL, CHRISTOPHER JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, AND RAYMOND BRYANT,<br>　　　　　　Plaintiffs,<br><br>vs.<br><br><br>CORRECTIONS CORPORATION OF AMERICA, Inc.,<br>　　　　　　Defendant. | Case No. 1:12-CV-559-EJL<br><br>STIPULATION TO EXTEND AMENDED PLEADINGS DEADLINE TO MARCH 14, 2014 AND SET DEPOSITION LIMIT |

The Plaintiffs, Omar Castillon, Dusty Knight, Justin Peterson, Leon Russell, Christopher Jordan, Jacob Judd, Michael Ford-Bridges, And Raymond Bryant by and through their counsel of record, ANGSTMAN JOHNSON, and Defendants, Corrections Corporation of America, by and through their counsel of record, Naylor & Hales. P.C., and hereby stipulate and agree as follows:

1. The Amended Pleadings and Joinder of Parties Deadline (Dkt. 112) shall be extended by fourteen (14) day to March 14, 2014.

2. No more than fifteen (15) depositions shall be noticed by Plaintiffs..

DATED this 24th day of February, 2014.

/s/ TJ Angstman
TJ ANGSTMAN
Attorney for Plaintiffs

DATED this 24th day of February, 2014.

/s/ Kirt Naylor
KIRT NAYLOR
Attorney for Defendant

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 24th day of February, 2014, I filed the foregoing STIPULATION TO EXTEND AMENDED PLEADING DEADLINE TO MARCH 14, 2014 AND SET DEPOSITION LIMIT electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Kirtlan G. Naylor | kirt@naylorhales.com |
| Daniel P. Struck | DStruck@swlfirm.com |
| Nikki R. Smith | nikkismithlaw@gmail.com |

Any others as listed on the Court's ECF Notice.

                                                    /s/ TJ Angstman
                                                    TJ Angstman