UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN KEITH PETERSON, LEON RUSSELL, CHRISTOPHER S. JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, and RAYMOND BRYANT,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>  Defendant. | Case No. 1:12-cv-00559-EJL<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Stay Discovery and Motion for Protective Order (Dkt. 118). Defendant requests an expedited briefing schedule, as the discovery deadline is fast approaching. The Court will grant the request for expedited briefing.

The Court will also invite the United States Attorney to file a brief setting forth the position of the United States regarding Defendant's Motion.

**ORDER - 1**

# ORDER

**IT IS ORDERED:**

1. Plaintiffs' response to Defendant's Motion to Stay Discovery and Motion for Protective Order shall be filed no later than **March 13, 2014.** Defendant's optional reply shall be filed no later than **March 14, 2014.**

2. The United States Attorney for the District of Idaho is invited to file a brief setting forth the government's position on Defendant's Motion. If the United States Attorney chooses to file such a brief, she shall do so no later than **March 14, 2014.**

3. The Clerk of Court is directed to forward a copy of this Order and a copy of Defendant's Motion (Dkt. 118) to **Wendy Olson, United States Attorney, District of Idaho, Washington Group Plaza, 800 Park Blvd., Ste. 600, Boise, Idaho 83712-9903**. The Clerk of Court shall also forward a copy of this Order to Ms. Olson via the CM/ECF system.

DATED: **March 11, 2014**

Honorable Edward J. Lodge
U. S. District Judge

**ORDER - 2**