T.J. Angstman
Wyatt Johnson
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho  83703
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
Angstman ISB: 5738
Johnson ISB: 5858

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN PETERSON, LEON RUSSELL, CHRISTOPHER JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, and RAYMOND BRYANT,<br><br>Plaintiffs,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, Inc.,<br><br>Defendant. | Case No. 1:12-CV-559-EJL<br><br>AFFIDAVIT OF WYATT JOHNSON IN OPPOSITION TO DEFENDANT'S MOTION TO STAY AND MOTION FOR PROTECTIVE ORDER (FILED UNDER SEAL) |

STATE OF IDAHO    )
                 ) ss.
County of Ada    )

WYATT JOHNSON, having been first duly sworn upon oath, deposes and says as follows:

AFFIDAVIT OF WYATT JOHNSON IN OPPOSITION TO DEFENDANT'S MOTION TO STAY AND MOTION FOR PROTECTIVE ORDER (FILED UNDER SEAL) – PAGE 1
A✦J; 8591-003

1. I am counsel of record for the Plaintiffs in the above entitled matter. I am of sufficient age and competence to give testimony before this Court. I make the following statements based upon my own personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Disciplinary Offense Report (CCA_OC040320-CCA_OC040321).

3. Attached hereto as Exhibit 2 is a true and correct copy of email string re: SK Stabbing at ICC (OC_ESI006653-OC_ESI006654).

Further your affiant sayeth naught.

DATED this 13th day of May, 2013.

/s/
Wyatt Johnson

SUBSCRIBED AND SWORN to before me this 13th day of May, 2013.

/s/ Susan Livingston
Notary Public
Commission Expires:    6-7-15

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2014, I filed AFFIDAVIT OF WYATT JOHNSON IN OPPOSITION TO DEFENDANT'S MOTION TO STAY AND MOTION FOR PROTECTIVE ORDER (FILED UNDER SEAL) electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kirtlan G. Naylor, kirt@naylorhales.com
Daniel P. Struck, DStruck@swlfirm.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

None

                                                 /s/
                                            Wyatt Johnson

CONFIDENTIAL (ATTORNEYS' EYES ONLY)

# IDAHO DEPARTMENT OF CORRECTION

## Disciplinary Offense Report

| Offender Name: CAMPOS, NOEY C | Offender Number: 93979 | DOR #: 121889 |
|---|---|---|
| Offense Facility: ICC | Report Date: 05/24/2012 | Reporting Staff: CARRICK, GARTH #8836 |
| Offense: STG - VIOLENCE | Class: CLASS A | Enhancement: LEVEL 2 |
| Date/Time of Offense: 05/04/2012 22:23 | Place of Offense: F1 POD | |

**Description of Offense:**
On May 5th at 1154 hous 6 Offenders ran out of the Janitor Closet in F1 attacking 7 Offenders, with homemade weapons, during their dayroom time. At the conclusion of the incident it was discovered that the door had been tampered with so that it would not properly latch. I reviewed the previous 24 hours of video footage and I can positively identify Offender Campos at the one who at approximately 2223 hour communicates with the aggressors and tampers with the door, resulting in a violent incident the next day. The incident was STG driven with Aryan Knights and Severly Violent Criminals acting out against members of Youngsters Fucking Society. Offender Campos is a verified member of the STG group Surenos, which has a long documented history of working with the Aryan Knights. Offender Campos's actions were designed to support and enable the voilent actions the next day.

**Description of Evidence:**
Body of report.

| Reviewing Supervisor: RODRIGUEZ, NORMA M. #3289 | Date/Time Reviewed: 05/30/2012 08:34 |
|---|---|
| Delivering Staff: WOLFE, GRAYE #0172 | Date/Time Delivered: 05/30/2012 10:35 |
| Staff Hearing Assistant: | Assistance: |
| Witness statements were received for this hearing: | Yes [ ] No [ X ] |

| Scheduled Hearing Date: 06/06/2012 | Final Hearing Date: 06/06/2012 | Disciplinary Hearing Officer: KING, LEONARD #0538 |
|---|---|---|
| Offense: STG - VIOLENCE | Offender Plea: DENY | Finding: CONFIRM |

| Sanctions: | Amount: | End Date: |
|---|---|---|
| DETENTION | 30 day(s) | 06/21/2012 |
| PROPERTY RESTRICTION | 90 day(s) | 08/20/2012 |
| COMMISSARY RESTRICTION | 90 day(s) | 08/20/2012 |
| RECREATION RESTRICTION | 90 day(s) | 08/20/2012 |
| TELEPHONE RESTRICTION | 90 day(s) | 08/20/2012 |
| Interventions: NO RECORDS FOUND | End/Due Date: | |

| Administrative Review Authority: IBARRA, JUAN #3039 | Review Date: 06/13/2012 | Review Finding: AFFIRM |
|---|---|---|

Date: 02/21/2014 15:30   Created By: tijohnso
CIS/Facilities/Main/Discipline/Disciplinary Offense Report


EXHIBIT 1

Page 1 of 2
CCA_OC040320

CONFIDENTIAL/ATTORNEYS' EYES ONLY

| Appellate Authority: | Appeal Date: | Finding Date: | Appellate Finding: |
|---|---|---|---|
| WENGLER, TIM #8557 | 06/21/2012 | 08/03/2012 | AFFIRM |

**Offender Appeal Details:**

I would like to appeal my recent D.O.R. regarding the inncident that accured on May 5th. And where on May 4th I am being accused of tampering with the door of the janitors closet, so that 6 offenders were able to attack 7 other offenders. The sergeants as well as some counselors feel it is neccasary to find me guilty just because they assume something looked suspicous while I was in the closet all I was doing was getting water to clean the shower doors. I had absolutly nothing to do with the inncident in any sort of way, so if you would please hear me out so I may explain in vivid detail on my part. Please & thank you.

**Appellate Comments:**

Requested relief is denied, evidence provides a preponderance of guilt. Findings stand

| | |
|---|---|
| From: | Wengler, Timothy |
| Sent: | Wednesday, October 31, 2012 4:31 PM |
| To: | Kessler, Tom; Ibarra, Juan |
| Cc: | Hiniker, Alyssa |
| Subject: | Fwd: AK gang Stabbing at ICC |
| Attachments: | image001.png |

Please note, we must completely follow this directive from Kirt

Sent from my iPhone

Begin forwarded message:

> **From:** Kirtlan Naylor <kirt@naylorhales.com>
> **Date:** October 31, 2012, 3:27:38 PM MDT
> **To:** "Johnson, Timothy" <Timothy.Johnson2@cca.com>
> **Cc:** "Wengler, Timothy" <Timothy.Wengler@cca.com>
> **Subject: RE: AK gang Stabbing at ICC**



Redacted - Attorney-client

EXHIBIT 2

> Redacted - Attorney-client

**From:** Ryan Seely [mailto:SO4536@adaweb.net]
**Sent:** Wednesday, October 31, 2012 1:24 PM
**To:** Johnson, Timothy
**Subject:** FW: AK gang Stabbing at ICC

Tim,

This is the latest from the prosecutor who is screening this case. Are you able to provide the updated documentation she's asking for, as well as video? Thank you.

Ryan
Detective Ryan Seely
Ada County Sheriff's Office
Metro Violent Crime/Gang Task Force
7200 Barrister Drive Boise ID 83704
(208) 573-7422

---

**From:** Barbara Duggan
**Sent:** Wednesday, October 31, 2012 11:49 AM
**To:** Ryan Seely
**Subject:** AK gang Stabbing at ICC

I have been reviewing this case for charges and need some additional information please.
1. Video from ICC of the incident and from when the chemical closet that was rigged prior to the attack.
2. Cell movement from the DOI and cell assignments on DOI for the two involved sections and for D2 where Ashton Kelly was housed.
3. STG Questionaires
4. Updated tattoos on all victims and all defendants
5. Please make sure we have all the photos taken by the prison. It noted photos on file and evidence key on one of the ICC reports so I want copies of them please.
6. I received some very minimal medical sheets on the victims. Are any of them scarred from the attack? Photos of that. Follow-up medical treatment.
7. What was the rational for Mgr. Rodriguez moving YFS to F1 Tier? Were any additional precautions to be taken?
8. Names of all staff working on the DOI in the effected sections.

I want to charge the Agg Batts and Gang Enhancements. Is there credible information that Ashton Kelly was an AK Shotcaller housed in D2 on the DOI? Who gave the big order for the hit and a hit with weapons? Do I assume Johnstone and Thumm? Any proof?

Thanks

*Barbara A. Duggan*
*Ada County Deputy Prosecuting Attorney*
*(208)287-7890*

See how CCA is making a difference

2

OC_ESI006654

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System

OC_ESI006655