TJ Angstman
Wyatt B. Johnson
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile: (208) 853-0117
Angstman ISB: 5738
Johnson ISB: 5858

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN PETERSON, LEON RUSSELL, CHRISTOPHER JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, AND RAYMOND BRYANT,<br><br>Plaintiffs,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, Inc.,<br>Defendant. | Case No. 1:12-CV-559-EJL<br><br>AFFIDAVIT OF MARK EIXENBERGER |

STATE OF IDAHO    )
                  ) ss.
County of Ada     )

MARK EIXENBERGER, having been first duly sworn upon oath, deposes and says as follows:

1. I am of sufficient age and competence to give testimony before this Court. I make the following statements based upon my own personal knowledge.

2. I worked as a Correctional Officer for CCA at the ICC facility from 2007 to present.

3. In November and December 2012 my supervisor at CCA was Steven Danforth who was the Assistant Shift Supervisor at the time.

AFFIDAVIT OF MARK EIXENBERGER – PAGE 1
A♦J: 8591-003

4.  I recall that on or about the end of November, I was told by Mr. Danforth that he had been ordered by a CCA administrator to "get rid of" a mobile and/or housing logbooks at the ICC facility because CCA "expected an upcoming audit on the facility".

5.  Mr. Danforth informed me that the unnamed CCA administrator told Mr. Danforth to destroy a particular mobile/housing logbook by either taking it home or "hot trashing" it.

6.  "Hot trashing" is a term used within ICC for walking the item to the outside dumpster and deposing of it as soon as possible.

7.  Mr. Danforth informed me that he was ordered to remove the logbook from the facility. He was given the order directly from a CCA administrator.

8.  It's not clear whether Mr. Danforth "hot trashed" the log book or simply took it home and may or may not still possess it.

Further your affiant sayeth naught.

DATED this 7th day of February, 2014.

_____
Mark Eixenberger

SUBSCRIBED AND SWORN to before me this 7th day of February, 2014.

_____
Notary Public

My comm exp 2-22-19
reside: Meridian
County: Ada
State: Idaho

AFFIDAVIT OF MARK EIXENBERGER – PAGE 2
A♦J: 8591-003

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13st day of March, 2014, I filed AFFIDAVIT OF MARK EIXENBERGER electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kirtlan G. Naylor, kirt@naylorhales.com
Daniel P. Struck, DStruck@swlfirm.com

_____
Wyatt B. Johnson

AFFIDAVIT OF MARK EIXENBERGER – PAGE 3
A&J: 8591-003