Wyatt Johnson
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho  83703
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
Johnson ISB: 5858

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN PETERSON, LEON RUSSELL, CHRISTOPHER JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, AND RAYMOND BRYANT,<br><br>        Plaintiffs,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, Inc.,<br><br>        Defendant. | Case No. 1:12-CV-559-EJL<br><br>CERTIFICATE OF MAILING |

   I HEREBY CERTIFY that on the 13th day of March, 2014, I filed a *Motion to Seal (Doc 123)* and *Affidavit of Wyatt Johnson in Opposition to Defendant's Motion to Stay and Motion for Protective Order (filed under Seal) (Doc 124)* electronically through the CM/ECF system.  On March 14, 2014, I caused the following parties to be served copies of these documents by electronic mail:

   Kirtlan G. Naylor
   Naylor & Hales, PC
   950 W. Bannock St., Ste. 610
   Boise, Idaho  83702
   kirt@naylorhales.com

CERTIFICATE OF MAILING – PAGE 1
A◆J; Matter: 8591-003

Daniel P. Struck
Struck Wieneke & Love, PLC
3100 W. Ray Road, Ste. 300
Chandler, Arizona 85226
dstruck@swlfirm.com

DATED this 14th day of March, 2014.

                                         /s/
                                        WYATT JOHNSON
                                        Attorney for Plaintiffs

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 14th day of March, 2014, I filed the foregoing CERTIFICATE OF MAILING electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Kirtlan G. Naylor | kirt@naylorhales.com |
| Daniel P. Struck | DStruck@swlfirm.com |

    Any others as listed on the Court's ECF Notice.

    I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

    None

                                      /s/
                                      Wyatt Johnson