Kirtlan G. Naylor    ISB 3569
NAYLOR & HALES, P.C.
950 W. Bannock Street, Suite 610
Boise, Idaho 83702
Telephone:  (208) 383-9511
Fax:  (208) 383-9516
Email:  kirt@naylorhales.com

Daniel P. Struck      AZB 012377
*(Admitted Pro Hac Vice)*
Tara B. Zoellner      AZB 027364
*(Admitted Pro Hac Vice)*
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
Email:  dstruck@swlfirm.com
Email:  tzoellner@swlfirm.com

Attorneys for Defendant Corrections Corporation
of America, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN PETERSON, LEON RUSSELL, CHRISTOPHER JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, AND RAYMOND BRYANT,<br><br>Plaintiffs,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.<br><br>Defendant. | Case No. 1:12-cv-00559-EJL<br><br>**STIPULATION RE:  MOTION TO POSTPONE DEPOSITIONS (Dkt. 119)** |

**STIPULATION RE: MOTION TO POSTPONE DEPOSITIONS (DKT. 119) - 1.**

Defendant Corrections Corporation of America, Inc. (CCA) filed its Motion to Stay Discovery and Motion for Protective Order (Dkt. 118) on Monday March 10, 2014. Defendant filed its Emergency Motion to Postpone Depositions (Dkt. 119) on Tuesday, March 11, 2014, requesting a stay of discovery pending court action on the motion to stay discovery (Dkt. 118).  Pending the Court's Order on the Motion to Stay Discovery (Dkt. 118), and to dispense with the emergency motion (Doc. 119), the above parties hereby stipulate to the following, which the Court may Order:

The parties stipulate and agree that the depositions now scheduled may be postponed pending the Court's order on Defendant's Motion to Stay (Dkt. 118) and will work to reschedule the depositions, if necessary.  Therefore, Defendant's Emergency Motion to Postpone Depositions (Dkt. 119) is now moot and withdrawn.

DATED this 14th day of March, 2014.

NAYLOR & HALES, P.C.

/s/  Kirtlan G. Naylor
Attorneys for Defendant Corrections Corporation of America, Inc.

DATED this 14th day of March, 2014.

ANGSTMAN JOHNSON

/s/  Wyatt Johnson
Attorneys for Plaintiffs

**STIPULATION RE: MOTION TO POSTPONE DEPOSITIONS (DKT. 119) - 2.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

- **TJ Angstman and Wyatt B. Johnson**, Attorneys for Plaintiffs
  tj@angstman.com; wyatt@angstman.com

- **Nikki R. Smith**, Attorneys for Plaintiffs
  nikkismithlaw@gmail.com

- **Daniel P. Struck and Tara B. Zoellner**, Attorneys for Defendant
  dstruck@swlfirm.com;  tzoellner@swlfirm.com

/s/  Kirtlan G. Naylor

8660_20 Stipulation re Motion to Postpone Depositions (Dkt 119)

**STIPULATION RE: MOTION TO POSTPONE DEPOSITIONS (DKT. 119) - 3.**