TJ Angstman
Wyatt Johnson
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho  83703
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
Angstman ISB: 5738
Johnson ISB: 5858

Nikki Smith
210 12th Ave Road
Nampa, ID 83686
Telephone: (208) 466-1800
Facsimile: (208) 466-1803
Smith ISB: 9030

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN PETERSON, LEON RUSSELL, CHRISTOPHER JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, AND RAYMOND BRYANT,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 1:12-CV-559-EJL<br><br>MOTION FOR PROTECTIVE ORDER |

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs move for a protective order with respect to a Subpoena Duces Tecum to Idaho Department of Corrections regarding Pam Sonnen. This motion is supported by an accompanying Memorandum in Support for Protective Order, and Affidavit of Counsel with attached exhibit.

DATED this 14th day of March, 2014.

                                                /s/ TJ Angstman
                                                TJ ANGSTMAN
                                                Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2014, I filed the foregoing MOTION FOR PROTECTIVE ORDER electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kirtlan G. Naylor, kirt@naylorhales.com
Daniel P. Struck, DStruck@swlfirm.com
Nikki Smith nikkismithlaw@gmail.com

Any others as listed on the Court's ECF Notice.

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

                                                   /s/ TJ Angstman
                                                 TJ Angstman