T.J. Angstman
Wyatt Johnson
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho  83703
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
Angstman ISB: 5738
Johnson ISB: 5858

Nikki Smith
210 12th Ave Road
Nampa, ID 83686
Telephone: (208) 466-1800
Facsimile: (208) 466-1803
Smith ISB: 9030

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN PETERSON, LEON RUSSELL, CHRISTOPHER JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, AND RAYMOND BRYANT,<br>             Plaintiffs,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, Inc.,<br>             Defendant. | Case No. 1:12-CV-559-EJL<br><br>MOTION TO COMPEL |

Plaintiffs, by and through their counsel of record, ANGSTMAN JOHNSON, make this Motion to Compel to the Court for the following reasons:

MOTION TO COMPEL – PAGE 1
A◆J; Matter: 8591-003

Plaintiffs Bryant et al. move the Court for an Order compelling discovery per Federal Rule of Civil Procedure 26 & Dist. Idaho Loc. Civ. R. 37.1 & 37.2.

(1) Plaintiff's Request for Production No. 9;

   a) Please produce all documents and communications, including all CCA policy and procedure manuals for ICC in effect on May 5, 2012, governing security threat group management, inmate housing assignments, and prison staffing.

(2) Plaintiff's Requests for Production No. 90;

   a) Please produce a true and correct copy of any and all compensation plans for Mr. Kevin Meyers and Mr. Steven Conry.

The verbatim discovery requests and responses are attached and appended to this Motion pursuant to Loc. Civ. R. 37.2.

Plaintiffs certify pursuant to Fed. R. Civ. P. 37(a)(1), Dist. Idaho Loc. Civ. R. 37.1 that, as shown in the accompanying Affidavit of Counsel, Plaintiffs' counsel made reasonable efforts to reach agreement with opposing counsel, and has met in good faith with and conferred with opposing counsel regarding the subject matter of this motion in an effort to resolve this dispute without such action.

DATED this 9th day of June, 2014.

/s/
TJ ANGSTMAN
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June, 2014, I filed the foregoing MOTION TO COMPEL electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kirtlan G. Naylor, kirt@naylorhales.com
Daniel P. Struck, DStruck@swlfirm.com
Nikki Smith nikkismithlaw@gmail.com

Any others as listed on the Court's ECF Notice.

/s/
TJ Angstman