T.J. Angstman
Wyatt Johnson
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile: (208) 853-0117
Angstman ISB: 5738
Johnson ISB: 5858

Nikki Smith
210 12th Ave Road
Nampa, ID 83686
Telephone: (208) 466-1800
Facsimile: (208) 466-1803
Smith ISB: 9030

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMAR CASTILLON, DUSTY KNIGHT, JUSTIN PETERSON, LEON RUSSELL, CHRISTOPHER JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, AND RAYMOND BRYANT,<br><br>Plaintiffs,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>Defendant. | Case No. 1:12-CV-559-EJL<br><br>AFFIDAVIT OF THOMAS J. ANGSTMAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT |

STATE OF IDAHO )
) ss.
County of Ada )

THOMAS J. ANGSTMAN, having been first duly sworn upon oath, deposes and says as follows:

1. I am counsel of record for Plaintiffs in the above-entitled matter. I am of sufficient age and competence to give testimony before this Court. I make the following statements based upon my own personal knowledge.

2. On July 5, 2013, Plaintiffs served CCA with Interrogatories Nos. 4, 5, 6, 7, and 8 requesting CCA to provide evidence supporting its affirmative defenses.

3. Plaintiffs received CCA's response to Interrogatories Nos. 4, 5, 6, 7, and 8 on August 30, 2013. Plaintiffs have not received any supplemental responses to these Interrogatories.

4. Attached hereto as **Exhibit 1** is a true and correct copy of IDOC's Standard Operating Procedure on STG management.

5. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Idaho Department of Corrections Deputy Warden Tim Higgins' deposition.

6. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiffs' Interrogatory No. 23 and CCA's response.

7. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of former ICC Warden Timothy Wengler's deposition.

8. Attached hereto as **Exhibit 5** is a true and correct copy of email correspondence between Warden Wengler and Kevin Myers referred to in Exhibit 236 to Warden Wengler's deposition

9. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of trial testimony from *Kelly v. Wengler*, Case 1:11-cv-00185-EJL, show causing hearing.

10. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of Warden Wengler's deposition.

11. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of Shane Jepsen's deposition.

12. Attached hereto as **Exhibit 9** is a true and correct copy of an email exchange between Warden Wengler and Garth Carrick on December 10 and 15, 2010.

13. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of CCA's 30(b)(6) deposition.

14. Attached hereto as **Exhibit 11** is a true and correct copy of KPMG's final report to IDOC submitted on December 19, 2013.

15. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of CCA's 30(b)(6) deposition.

16. Attached hereto as **Exhibit 13** is a true and correct copy of the letter and its attachment sent by CCA's counsel, Kirt Naylor, to IDOC Director Brent Reinke on February 10, 2014.

17. Attached hereto as **Exhibit 14** is a true and correct copy of Raymond Bryant's 13-34A2 Facility Emergency Anatomical Form created by the Idaho Correctional Center (ICC) medical staff on May 5, 2012 after the attack on the Plaintiffs. This form demonstrates that Raymond Bryant suffered actual physical injuries in the attack.

18. Attached hereto as **Exhibit 15** is a true and correct copy of Michael Ford-Bridges' 13-34A2 Facility Emergency Anatomical Form created by the ICC medical staff on May 5, 2012

after the attack on Plaintiffs. This form demonstrates that Michael Ford-Bridges suffered actual physical injuries in the attack.

19. Attached hereto as **Exhibit 16** is a true and correct copy of Christopher Jordan's 13-34A2 Facility Emergency Anatomical Form created by the ICC medical staff on May 5, 2012 after the attack on Plaintiffs. This form demonstrates that Christopher Jordan suffered actual physical injuries in the attack.

20. Attached hereto as **Exhibit 17** is a true and correct copy of Jacob Judd's 13-34A2 Facility Emergency Anatomical Form created by the ICC medical staff on May 5, 2012 after the attack on Plaintiffs. This form demonstrates that Jacob Judd suffered actual physical injuries in the attack.

21. Attached hereto as **Exhibit 18** is a true and correct copy of Dusty Knight's 13-34A2 Facility Emergency Anatomical Form created by the ICC medical staff on May 5, 2012 after the attack on Plaintiffs. This form demonstrates that Dusty Knight suffered actual physical injuries in the attack.

22. Attached hereto as **Exhibit 19** is a true and correct copy of Leon Russell's 13-34A2 Facility Emergency Anatomical Form created by the ICC medical staff on May 5, 2012 after the attack on Plaintiffs. This form demonstrates that Leon Russell suffered actual physical injuries in the attack.

23. Attached hereto as **Exhibit 20** is a true and correct copy of a 2010 ethics complaint by Richard Mower.

Further your affiant sayeth naught.

DATED this 2nd day of September, 2014.

/s/
Thomas J. Angstman

SUBSCRIBED AND SWORN to before me this 2nd day of September, 2014.

/s/ Lisa R. Caudill
Notary Public for Idaho
Commission Expires: 6-11-15

LISA R. CAUDILL NOTARY PUBLIC STATE OF IDAHO

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September, 2014, I filed AFFIDAVIT OF THOMAS J. ANGSTMAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kirtlan G. Naylor, kirt@naylorhales.com
Daniel P. Struck, DStruck@swlfirm.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

None

/s/
Thomas J. Angstman