# UNITED STATES DISTRICT COURT
## District of Idaho

## Exhibit List

| | |
|---|---|
| Case Name:<br><br>**Omar Castillon, et al.**<br><br>vs.<br><br>**Corrections Corporation of America, Inc.** | Plaintiff's Attorney:<br><br>Thomas J. Angstman, and Anthony M. Shallat, Angstman Johnson, Boise, Idaho; and<br><br>Nikki Rachelle Ramirez-Smith, Barrera Legal Group, Nampa, Idaho. |
| | Defendant's Attorney:<br><br>Daniel P. Struck, and Tara B. Zoellner, Struck Wieneke & Love, Chandler, Arizona; and<br><br>Kirtlan G. Naylor, Naylor & Hales, Boise, Idaho. |
| Docket No.: **1:12-cv-00559-DVB** — Trial Dates: **2/13/17 to 2/24/17** | Courtroom Deputy: |
| Presiding Judge:<br><br>**Honorable Dee V. Benson** | Court Reporter: |
| Party Offering Exhibits: | |

**Instructions**

% Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
% A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with AADM.@ A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
% Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
% More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2001 | | | | | Central file maintained for **Raymond Bryant** (CCA_OC002532-002686) | |
| 2002 | | | | | Medical file maintained for Raymond Bryant (CCA_OC004578-004661) | |
| 2003 | | | | | IDOC Disciplinary file for Raymond Bryant (CCA_OC002489-002531) | |
| 2004 | | | | | ICC Grievance file for Raymond Bryant (CCA_OC000067-000078) | |
| 2005 | | | | | IDOC Medical file maintained for Raymond Bryant (CCA_OC046282-046517) | |
| 2006 | | | | | STG file maintained for Raymond Bryant (CCA_OC002396-002427) | |
| 2007 | | | | | Subpoena response from Herretts Stocks regarding Raymond Bryant (CCA_OC41216-041219) | |
| 2008 | | | | | Subpoena response from Idaho Department Juvenile Corrections regarding Raymond Bryant (CCA_OC041220-041223) | |
| 2009 | | | | | Subpoena response from Labor Ready Northwest (CCA_OC041224-041238) | |
| 2010 | | | | | Subpoena response from St. Anthony Reform School regarding Raymond Bryant (CCA_OC041239-041269) | |
| 2011 | | | | | Subpoena response from Twin Falls High School regarding Raymond Bryant (CCA_OC041270-041271) | |
| 2012 | | | | | Subpoena response from Valley School District regarding Raymond Bryant CCA_OC041272-041273 | |
| 2013 | | | | | Recorded phone calls of Plaintiff Raymond Bryant, (CCA_OC042881) | |
| 2014 | | | | | Restitution Order in CR04-6679 regarding Raymond Bryant (CCA_OC002543) | |
| 2015 | | | | | Central file maintained for **Michael Ford-Bridges** (CCA_OC002744-002683) | |
| 2016 | | | | | Medical file maintained for Michael Ford-Bridges (CCA_OC004662-005093) | |
| 2017 | | | | | Disciplinary file for Michael Ford-Bridges (CCA_OC002694-002735) | |
| 2018 | | | | | ICC Grievance file for Michael Ford-Bridges (CCA_OC000081-000099 and CCA_OC002687-002693) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2019 | | | | | IDOC Medical file maintained for Michael Ford-Bridges, (CCA_OC044091-044625 and CCA_OC047285-047289) | |
| 2020 | | | | | Subpoena response from Lake Pend Orielle High School regarding Michael Ford-Bridges (CCA_OC041274-41340) | |
| 2021 | | | | | Subpoena response from Port of Hope regarding Michael Ford-Bridges (CCA_OC041341-041343) | |
| 2022 | | | | | Subpoena response from Sandpoint Ranch Tree Farm regarding Michael Ford-Bridges (CCA_OC041344-041351) | |
| 2023 | | | | | Subpoena response from Sandpoint Trinity Beach Cafe regarding Michael Ford-Bridges (CCA_OC041352) | |
| 2024 | | | | | Recorded phone calls of Michael Ford-Bridges, CCA_OC042882 | |
| 2025 | | | | | Restitution Order in CR2006-5894 regarding Michael Ford-Bridges (CCA_OC002802-2804 | |
| 2026 | | | | | 4/29/14 letter from Salvation Army re: no records for Plaintiff Ford-Bridges, bates nos. CCA_OC047482 | |
| 2027 | | | | | Central file maintained for **Christopher Jordan** (CCA_OC003149-003343) | |
| 2028 | | | | | Medical file maintained for Christopher Jordan (CCA_OC005094-005369) | |
| 2029 | | | | | ICC Grievance file for Christopher Jordan (CCA_OC000100-000101 and CCA_OC002895-002912 and CCA_OC047116-047126) | |
| 2030 | | | | | IDOC Medical file maintained for Christopher Jordan (CCA_OC045220-045474) | |
| 2031 | | | | | STG file maintained for Christopher Jordan (CCA_OC002913-002942 and CC047127) | |
| 2032 | | | | | Subpoena response from Anderson Brothers Farm regarding Christopher Jordan (CCA_OC041353-041354) | |
| 2033 | | | | | Subpoena response from St. Anthony Reform School regarding Christopher Jordan (CCA_OC041355-041395) | |
| 2034 | | | | | Recorded phone calls of Plaintiff Christopher Jordan, CCA_OC042883-042884 | |
| | | | | | | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2035 | | | | | Certified judgment of Christopher Jordan's conviction for robbery, Case No. CR-01-2251 (Twin Falls). | |
| 2036 | | | | | Certified judgment of Christopher Jordan's conviction for robbery, Case No. CR-01-2086 (Twin Falls) | |
| 2037 | | | | | Central file maintained for **Jacob Judd** (CCA_OC003452-003871) | |
| 2038 | | | | | ICC Grievance file for Jacob Judd (CCA_OC000058-000066 and CCA_OC003344) | |
| 2039 | | | | | Medical file maintained for Jacob Judd (CCA_OC005370-005558) | |
| 2040 | | | | | Disciplinary file for Jacob Judd (CCA_OC003423-003451) | |
| 2041 | | | | | ICC Grievance file for Jacob Judd, (CCA_OC000058-000066 and CCA_OC003344) | |
| 2042 | | | | | STG file maintained for Jacob Judd (CCA_OC003345-003351) | |
| 2043 | | | | | Subpoena response from Boise State University regarding Jacob Judd (CCA_OC041396-41410) | |
| 2044 | | | | | Subpoena response from Sequel TSI of Idaho regarding Jacob Judd (CCA_OC041411-041412) | |
| 2045 | | | | | Subpoena response from Stinker Station regarding Jacob Judd (CCA_OC041413) | |
| 2046 | | | | | Subpoena response from Walmart regarding Jacob Judd (CCA_OC041414-041466) | |
| 2047 | | | | | Subpoena response from Subway regarding Jacob Judd (CCA_OC047366) | |
| 2048 | | | | | Recorded phone calls of Plaintiff Jacob Judd, CCA_OC042885 | |
| 2049 | | | | | Certified judgment of Jacob Judd's conviction for rape, Case No. CRFE09008167 (Ada County) | |
| 2050 | | | | | Certified judgment of Jacob Judd's conviction for grand theft, Case No. CRFE090010763 (Ada County) | |
| 2051 | | | | | Certified judgment of Jacob Judd's conviction for burglary, Case No. CRFE090014402 (Ada County) | |
| 2052 | | | | | Central file maintained for **Dusty Knight** (CCA_OC003940-004111) | |
| 2053 | | | | | Medical file maintained for Dusty Knight (CCA_OC005559-005949) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2054 | | | | | Disciplinary file maintained for Dusty Knight (CCA_OC004121-004129) | |
| 2055 | | | | | ICC Grievance file maintained for Dusty Knight (CCA_OC003872-003907; 047128-047135) | |
| 2056 | | | | | IDOC Medical file maintained for Dusty Knight (CCA_OC044626-0045219) | |
| 2057 | | | | | STG file maintained for Dusty Knight (CCA_OC003908-003939) | |
| 2058 | | | | | 3/14/12 105 Incident Notification Report regarding Plaintiff Knight and contraband weapon (CCA_OC047532) | |
| 2059 | | | | | Subpoena response from Drew Construction regarding Dusty Knight (CCA_OC041467-041468) | |
| 2060 | | | | | Subpoena response from LaCanada Adolescent Substance aka AZ Children Assoc. regarding Dusty Knight (CCA_OC041467-041468) | |
| 2061 | | | | | Subpoena response from McDonalds regarding Dusty Knight (CCA_OC041469-041473) | |
| 2062 | | | | | Subpoena response from Tucson Unified School District regarding Dusty Knight (CCA_OC041475) | |
| 2063 | | | | | Documents obtained via subpoena from Northwest Orthopedics (Knight), CCA_OC041474 | |
| 2064 | | | | | Recorded phone calls of Plaintiff Dusty Knight, CCA_OC042886 | |
| 2065 | | | | | Certified judgment in Case No. 1:09CR00081-001-S-EJL | |
| 2066 | | | | | Certified Judgment in Case No.CR-2006-0010147-M | |
| 2067 | | | | | Certified judgment in Case No. 2006-046-C regarding Dusty Knight (CCA_OC003951-003952) | |
| 2068 | | | | | Central file maintained for **Leon Russell** (CCA_OC004263-004504) | |
| 2069 | | | | | Medical file maintained for Leon Russell (CCA_OC005950-006333) | |
| 2070 | | | | | Disciplinary file maintained for Leon Russell (CCA_OC004253-004262) | |
| 2071 | | | | | ICC Grievance file maintained for Leon Russell (CCA_OC000045-000057 and CCA_OC004225) | |
| 2072 | | | | | IDOC Medical file maintained for Leon Russell (CCA_OC045475-046281) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2073 | | | | | STG file maintained for Leon Russell (CCA_OC004226-004243) | |
| 2074 | | | | | Subpoena response from Clarkston School District regarding Leon Russell (CCA_OC041476-041482) | |
| 2075 | | | | | Subpoena response from Clearwater County Mental Health regarding Leon Russell (CCA_OC041483-041485) | |
| 2076 | | | | | Subpoena response from Euro Tech Cabinets regarding Leon Russell (CCA_OC041486) | |
| 2077 | | | | | Subpoena response from Nez Perce County Mental Health Court regarding Leon Russell (CCA_OC041488-041612) | |
| 2078 | | | | | Subpoena response from Orofino Joint School District regarding Leon Russell (CCA_OC041613-041623) | |
| 2079 | | | | | Subpoena response from St. Joseph's Regional Health Center regarding Leon Russell (CCA_OC041624-042612) | |
| 2080 | | | | | Subpoena response from Quality Behavioral Health regarding Leon Russell (CCA_OC047367-047398) | |
| 2081 | | | | | Subpoena response from Richard Wieland regarding Leon Russell (CCA_OC07399-047481) | |
| 2082 | | | | | Documents obtained via subpoena from Orofino School District regarding Leon Russell (CCA_OC041613-041623) | |
| 2083 | | | | | Recorded phone calls of Plaintiff Leon Russell (CCA_OC042887) | |
| 2084 | | | | | 5-1A Incident Report #2012-2701-058-II-Sharp, prepared by Bryan Johnson (CCA_OC006731-006737) | |
| 2085 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Jerry Sharp (CCA_OC006738-6739) | |
| 2086 | | | | | 5-1C Incident Statements #2012-2701-058-II, prepared by Garth Carrick (CCA_OC006740-006742) | |
| 2087 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by J. Taylor (CCA_OC006743) | |
| 2088 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Ashley Huntley (CCA_OC006744) | |
| 2089 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Annette Mullen (CCA_OC006745) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2090 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by James Wittmann (CCA_OC006746) | |
| 2091 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Dustyn Skogsberg (CCA_OC006747) | |
| 2092 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Travis Griffith (CCA_OC006748) | |
| 2093 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Blake Anderson (CCA_OC006749) | |
| 2094 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by R. Soto (CCA_OC006750) | |
| 2095 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Amanda Goldfuss (CCA_OC006751) | |
| 2096 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Nathan Gibbens (CCA_OC006752) | |
| 2097 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by N. Moore (CCA_OC006753) | |
| 2098 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Doug McCurdy (CCA_OC006754) | |
| 2099 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Officer Nordio (CCA_OC006755) | |
| 2100 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Donald Thompson III (CCA_OC006756) | |
| 2101 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Christopher Trana (CCA_OC006757) | |
| 2102 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Officer Price (CCA_OC006758) | |
| 2103 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Officer Rodriguez-V (CCA_OC006759) | |
| 2104 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Michael Clayton (CCA_OC006760-006761) | |
| 2105 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Jacob Mills (CCA_OC006762) | |
| 2106 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Kenneth Goodman (CCA_OC006763) | |
| 2107 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by inmate William Redmond (CCA_OC006764) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2108 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by inmate Michael Wilson (CCA_OC006765) | |
| 2109 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by inmate Blaine Cunningham (CCA_OC006766) | |
| 2110 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by inmate Mitchell Steven (CCA_OC006767) | |
| 2111 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by inmate Randy McNeil (CCA_OC006768) | |
| 2112 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by inmate Chris Price (CCA_OC006769) | |
| 2113 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Plaintiff Dusty Knight (CCA_OC006770) | |
| 2114 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Plaintiff Raymond Bryant (CCA_OC006771) | |
| 2115 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by inmate Justin Petersen (CCA_OC006772) | |
| 2116 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Plaintiff Michael Ford-Bridges (CCA_OC006773) | |
| 2117 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Plaintiff Leon Russell (CCA_OC006774) | |
| 2118 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by Plaintiff Jacob Judd (CCA_OC006775) | |
| 2119 | | | | | 5-1C Incident Statement #2012-2701-058-II, prepared by inmate Omar Castillon (CCA_OC006776) | |
| 2120 | | | | | 5-1D Use of Force Summary & Review #2012-2701-058-II (CCA_OC006777-006780) | |
| 2121 | | | | | 5-1G Incident Investigation Report #2012-2701-058-II (CCA_OC006781-006787) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2122 | | | | | 5-1H Incident Packet Checklist and Administrative Review #2012-2701-058-II (CCA_OC006788-006790) | |
| 2123 | | | | | Use of Force Individual Report #2012-2701-058-II, prepared by Blake Anderson (CCA_OC006791-006792) | |
| 2124 | | | | | Use of Force Individual Report #2012-2701-058-II, prepared by Randy McNeil (CCA_OC006793-006794) | |
| 2125 | | | | | Use of Force Individual Report #2012-2701-058-II, prepared by Jerry Sharp (CCA_OC006795-006796) | |
| 2126 | | | | | Use of Force Individual Report #2012-2701-058-II, prepared by Dustyn Skogsberg (CCA_OC006797-006798 | |
| 2127 | | | | | Use of Force Administrative Reviews #2012-2701-058-II, regarding inmate Christopher Price, (CCA_OC006799) | |
| 2128 | | | | | Use of Force Administrative Reviews #2012-2701-058-II, regarding inmates Michael Wilson, Steven Mitchell, William Redmond, Randy McNeil, Blaine Cunningham, and Justin Peterson (CCA_OC006800-006805) | |
| 2129 | | | | | Use of Force Administrative Review #2012-2701-058-II, regarding Plaintiff Michael Ford-Bridges (CCA_OC006806) | |
| 2130 | | | | | Use of Force Administrative Review #2012-2701-058-II, regarding Plaintiff Dusty Knight (CCA_OC006807) | |
| 2131 | | | | | Use of Force Administrative Review #2012-2701-058-II, regarding Plaintiff Raymond Bryant (CCA_OC006808) | |
| 2132 | | | | | Use of Force Administrative Review #2012-2701-058-II, regarding Leon Russell (CCA_OC006809) | |
| 2133 | | | | | Use of Force Administrative Review #2012-2701-058-II, regarding Omar Castillon (CCA_OC006810) | |
| 2134 | | | | | Use of Force Administrative Review #2012-2701-058-II, regarding Plaintiff Jacob Judd (CCA_OC006811) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2135 | | | | | Facility Emergency Anatomical Review regarding Jerry Sharp (CCA_OC006812) | |
| 2136 | | | | | Facility Emergency Anatomical Review regarding Dustyn Skogsberg (CCA_OC006813) | |
| 2137 | | | | | Facility Emergency Anatomical Review regarding Garth Carrick (CCA_OC006814) | |
| 2138 | | | | | Facility Emergency Anatomical Review regarding Jerry Sharp (CCA_OC006812) | |
| 2139 | | | | | Facility Emergency Anatomical Review regarding Blake Anderson (CCA_OC006815) | |
| 2140 | | | | | Facility Emergency Anatomical Review regarding Plaintiff Raymond Bryant (CCA_OC006816) | |
| 2141 | | | | | Facility Emergency Anatomical Review regarding Omar Castillon (CCA_OC006817) | |
| 2142 | | | | | Facility Emergency Anatomical Review regarding Blaine Cunningham (CCA_OC006818) | |
| 2143 | | | | | Facility Emergency Anatomical Review regarding Plaintiff Leon Russell (CCA_OC006819) | |
| 2144 | | | | | Facility Emergency Anatomical Review regarding Plaintiff Michael Ford-Bridges (CCA_OC006820) | |
| 2145 | | | | | Facility Emergency Anatomical Review regarding Plaintiff Jacob Judd (CCA_OC006821) | |
| 2146 | | | | | Facility Emergency Anatomical Review regarding Plaintiff Dusty Knight (CCA_OC006822) | |
| 2147 | | | | | Facility Emergency Anatomical Review regarding Randy McNeil (CCA_OC006823) | |
| 2148 | | | | | Facility Emergency Anatomical Review regarding Steven Mitchell (CCA_OC006824) | |
| 2149 | | | | | Facility Emergency Anatomical Review regarding inmate Justin Peterson (CCA_OC006825) | |
| 2150 | | | | | Facility Emergency Anatomical Review regarding Chris Price (CCA_OC006826) | |
| 2151 | | | | | Facility Emergency Anatomical Review regarding William Redmond (CCA_OC006827) | |
| 2152 | | | | | Facility Emergency Anatomical Review regarding Michael Wilson (CCA_OC006828) | |
| 2153 | | | | | Photographs of inmates involved in incident #2012-2701-058-II, (CCA_OC006829-006854) | |
| 2154 | | | | | Photographs of weapons/contraband involved in incident #2012-2701-058-II, (CCA_OC006855-006862) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2155 | | | | | CD of surveillance video (*F-1, 2012-05-05 18-25-04-002*) for May 5, 2012 DEF Incident #2012-2701-058-II (CCA_OC0002395) | |
| 2156 | | | | | CD of surveillance video (*F-1, 2012-05-05 18-25-04-085)* for May 5, 2012 DEF Incident #2012-2701-058-II (CCA_OC0002395) | |
| 2157 | | | | | CD of surveillance video *(F-1, 2012-05-05 18-32-49-328)* for May 5, 2012 DEF Incident #2012-2701-058-II (CCA_OC0002395) | |
| 2158 | | | | | CD of surveillance video *(F-1, 2012-05-05 18-32-57-142)* for May 5, 2012 DEF Incident #2012-2701-058-II (CCA_OC0002395) | |
| 2159 | | | | | CD of surveillance video (*F-1, 2012-05-05 18-40-28-940)* for May 5, 2012 DEF Incident #2012-2701-058-II (CCA_OC0002395) | |
| 2160 | | | | | CD of surveillance video *(F-1, 2012-05-05 18-40-40-588*) for May 5, 2012 DEF Incident #2012-2701-058-II (CCA_OC0002395) | |
| 2161 | | | | | CD of surveillance video *(F-1, 2012-05-05 18-54-32-517)* for May 5, 2012 DEF Incident #2012-2701-058-II (CCA_OC0002395) | |
| 2162 | | | | | CD of surveillance video *(F-1, 2012-05-05 18-57-25-811)* for May 5, 2012 DEF Incident #2012-2701-058-II (CCA_OC0002395) | |
| 2163 | | | | | CD of Escort video of Michael Ford-Bridges, (CCA_OC027996) | |
| 2164 | | | | | CD of Escort video of Raymond Bryant (CCA_OC027996) | |
| 2165 | | | | | 5/5/2012 Chain of Custody Form Re: Jordan, Knight, Judd (CCA_OC042888) | |
| 2166 | | | | | 12/14/2012 Security Threat Group Summary (CCA_OC042894) | |
| | | | | | 2012 List of ICC Lockdowns (CCA_OC042893) | |
| 2167 | | | | | 3/31/2012 Daniel Melody Declaration, (CCA_OC042889-042892) | |
| 2168 | | | | | Shift Roster, Second Shift, May 4, 2012 | |
| 2169 | | | | | Shift Roster, First Shift, May 5, 2012 (CCA_OC008202) | |
| 2170 | | | | | Kronos Time Detail Reports for staff working at ICC on May 4-5, 2012 (CCA_OC022661-025634) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2171 | | | | | ICC unit logbooks containing entries for May 4-5, 2012, including:<br>5/4/12 -5/5/12 DEF logbook for time period 0214-2352 (CCA_OC040016-040028);<br>5/4/12-5/5/12 Master logbook for time period 0145-0209 (CCA_OC047292-047297);<br>5/5/12 DEF logbook for time period 0145-1849 (CCA_OC008198-008201);<br>5/5/12 Master Logbook for time period 0422-1918 (CCA_OC040020-40028); and<br>5/5/12 Logbook 1 page for time period 1243-1618 (CCA_OC009358) | |
| 2172 | | | | | 2009 IDOC/CCA Contract, provision 4.8.1 (Mandatory Security Staff Requirements) (CCA_OC000114 and 000392) | |
| 2173 | | | | | 2009 IDOC/CCA Contract, provision 4.8.3 (Staffing Pattern) (CCA_OC000505-000537) | |
| 2174 | | | | | Contractual Staffing Pattern, contained in Amendment 8 to 2009 IDOC/CCA Contract, (CCA_OC000534-000537) | |
| 2175 | | | | | ICC Daily Staffing Report to IDOC, (CCA_OC042895-042901) | |
| 2176 | | | | | ICC briefing document (OC_ESI007903-007904) | |
| 2177 | | | | | Shift Supervisor Reports, May 4-5, 2012 (CCA_OC040450-040453) | |
| 2178 | | | | | 3/16/2010 e-mail from S. Jepsen, subject: “RE: sort training” (regarding coverage of posts during SORT training) (OC_ESI002504) | |
| 2179 | | | | | 3/23/2010 e-mail from T. Wengler, subject: “RE: Idaho Assistance” (regarding out-of-state staff)(OC_ESI002509) | |
| 2180 | | | | | 4/26/2010 e-mail from S. Jepsen, subject: “Keys Radios Rec, Etc.” (regarding filling vacant posts) (OC_ESI002627-002628) | |
| 2181 | | | | | 5/7/2010 e-mail from S. Jepsen, subject: “RE: rosters” (OC_ESI002709) | |
| 2182 | | | | | 5/25/2010 e-mail from S. Jepsen, subject: “Master Scheduler” (OC_ESI002757) | |
| 2183 | | | | | 6/1/2010 e-mail from T. Wengler, subject: “RE: Info Needed” (debriefing May 2010 inmate-on-inmate incidents) (OC_ESI002772) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2184 | | | | | 6/9/2010 e-mail from S. Jepsen, subject: "Communication/Information" (OC_ESI002782-002786). | |
| 2185 | | | | | 7/29/2010 e-mail exchange between K. Myers and T. Peterson, subject: "SHIP ICC " (OC_ESI002965-002966) | |
| 2186 | | | | | 8/11/2010 e-mail from S. Jepsen, subject: "Team Effort" (OC_ESI002978-002979) | |
| 2187 | | | | | 8/12/2010 e-mail exchange between S. Jepsen and B. Thomas, subject: "Question" (checking in on efforts to fill weekend vacancies) (OC_ESI002982, 002985-002988) | |
| 2188 | | | | | 8/21/2010 e-mail from K. Myers, subject: "FW:Book1.xlsx" (requesting permission to overhire based on retention statistics) (OC_ESI003012-003015) | |
| 2189 | | | | | 09/01/2010 e-mail from K. Myers, subject: "Idaho Staffing Pattern" (OC_ESI003031) | |
| 2190 | | | | | 09/03/2010 electronic meeting request, subject: "Idaho SHIP" (OC_ESI002041-003042) | |
| 2191 | | | | | 09/08/2010 e-mail exchange between K. Myers and J. Robinson, and K. Myers and T. Wengler, subject: "Idaho Staffing Pattern" (OC_ESI003103-003104, 003109-003119) | |
| 2192 | | | | | 09/14/2010 e-mail exchange between K. Myers, T. Wengler, K. Griffies, subject: "FW: Idaho-SHIP Staffing Proposal" (OC_ESI003160-003161, 003164-003165, 003175-003177) | |
| 2193 | | | | | 09/23/2010 e-mail from S. Jepsen, subject: "Staff OT" (OC_ESI003208) | |
| 2194 | | | | | 11/18/2010 e-mail from S. Jepsen, subject: "FW: Weapons/Security Practices" (OC_ESI003372-003378) | |
| 2195 | | | | | 11/19/2010 e-mail from T. Wengler, subject: "RE: FTE's" (regarding approval to exceed authorized FTE pattern) (OC_ESI003379) | |
| 2196 | | | | | 11/28/2010 e-mail from S. Jepsen, subject: "List of Good" (OC_ESI003388-003389) | |
| 2197 | | | | | 11/30/2010 e-mail from S. Conry, subject: "Authorization to Exceed Staffing Plan" (OC_ESI003403) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2198 | | | | | 12/20/2010 e-mail from T. Wengler, subject: "12-21-10 Testing-Interviewing Call Out.docx" (OC_ESI003511-003512) | |
| 2199 | | | | | 1/28/2011 e-mail from S. Jepsen, subject: "Rosters/SMU moves" (OC_ESI008000-008001) | |
| 2200 | | | | | 04/01/2011 e-mail from K. Myers, subject: "agenda Monday April 4" (relating to upcoming meeting with IDOC) (OC_ESI003785-003786) | |
| 2201 | | | | | 04/27/2011 e-mail from T. Wengler, subject: "Thursday transports to ICC" (OC_ESI003916) | |
| 2202 | | | | | 07/09/2011 e-mail from T. Wengler, subject: "Chow hall seating protocol proposal" (OC_ESI004270) | |
| 2203 | | | | | 09/20/2011 e-mail from T. Wengler, subject: (requesting modification to budgeted staffing pattern) (OC_ESI004602) | |
| 2204 | | | | | 09/20/2011 e-mail from T. Wengler, subject: (requesting modification to budgeted staffing pattern) (OC_ESI004602) | |
| 2205 | | | | | 09/22/2011 e-mail from T. Wengler, subject: "FW:IDAHO – 2011 BUDGET STAFFING PATTERN – Revised" (OC_ESI004625-004630) | |
| 2206 | | | | | 09/27/2011 e-mail from S. Jepsen, subject: "meeting" (OC_ESI004698) | |
| 2207 | | | | | 9/29/2011 e-mail from S. Jepsen, subject: "Problems and Solutions…" (OC_ESI004703-004704) | |
| 2208 | | | | | 09/30/2011 e-mail from S. Jepsen, subject: "FW: Schedules for this week" (OC_ESI004723) | |
| 2209 | | | | | 12/16/2011 e-mail from S. Jepsen, subject: "Facility Cohesion" (OC_ESI005023) | |
| 2210 | | | | | 1/12/2012 e-mail from S. Jepsen, subject: "FRIDAY CALL" (OC_ESI005072-005075) | |
| 2211 | | | | | 1/27/2012 e-mail from S. Jepsen, subject: "Inmate Safety Concerns" (OC_ESI005135) | |
| 2212 | | | | | 03/09/2012 e-mail from S. Jepsen, subject: "Inmate safety concerns" (OC_ESI005209) | |
| 2213 | | | | | 05/09/2012 e-mail exchange between S. Jepsen and D. Melody, subject: "Yfs" (OC_ESI005591-005592) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2214 | | | | | 05/15/2012 e-mail from K. Griffies, subject: "MASTER SCHEDULER MEETING – MANDATORY OVERTIME" (OC_ESI005622) | |
| 2215 | | | | | 05/29/2012 e-mail from T. Wengler, subject: "Re: F1 incident" (OC_ESI005635) | |
| 2216 | | | | | 06/05/2012 e-mail from T. Wengler, subject: "salary study" (OC_ESI005652) | |
| 2217 | | | | | 07/23/2012 e-mail from K. Myers, subject: "FW: SCO and CC Comparison Pay" (OC_ESI005780-005781) | |
| 2218 | | | | | 07/26/2012 e-mail from T. Kessler, subject: "FW: Weekly numbers" (OC_ESI005821-005824) | |
| 2219 | | | | | 7/26/2012 ICC Response to SIR (OC_ESI000627-000659) | |
| 2220 | | | | | Excerpt from September 2012 Board Report presentation, "Idaho Correctional Center: 2011 Successes," OC_ESI005878; ""Kelly v. Wengler Settlement Agreement" (OC_ESI005880) | |
| 2221 | | | | | 10/31/2012 correspondence exchange regarding Ada County prosecutor request for information (OC_ESI006652-006655) | |
| 2222 | | | | | 1/31/2013 e-mail from T. Wengler, subject: "Contest" (OC_ESI006806, 006816-006817) | |
| 2223 | | | | | 1/2010 "Presentation to CCA Chiefs" (CCA_OC007424-007439) | |
| 2224 | | | | | 12/15/10 email from T. Wengler, subject: "FW: Night shift on 12/9/10" (OC_ESI003498) | |
| 2225 | | | | | IDOC's response to Defendant's Subpoena Duces Tecum, dated 3/24/14 (CCA_OC042903-043521) | |
| 2226 | | | | | ICC ACA Accreditation documentation, dated 2/7/11 (CCA_OC043720-043748) | |
| 2227 | | | | | Kelly v. Wengler staffing compliance reports drafted by Tad Leach (CCA_OC043522-043545) | |
| 2228 | | | | | Kelly v. Wengler reports, relating to the investigation and prevention of inmate-on-inmate fights and assaults at ICC, drafted by Chris Smith, (CCA_OC043546-043719) | |
| 2229 | | | | | 3/6/12 letter from Tim Higgins to Warden Wengler (CCA_OC043754) | |
| 2230 | | | | | Staffing calendars for the Kelly 3 Correctional Officers (CCA_OC043755-43761) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2231 | | | | | Reports from Warden T. Wengler to Deputy Warden T. Higgins (CCA_OC043762-043763, OC_ESI08368) | |
| 2232 | | | | | Relief factor calculation worksheet | |
| 2233 | | | | | 9/26/11 email, subject: "FW: IDAHO – 2011 BUDGET STAFFING PATTERN – Revised, (OC_ESI004666) | |
| 2234 | | | | | 2010 budgeted staffing pattern, revised 2/12/10 (CCA_OC038998-039002) | |
| 2235 | | | | | 2010 budgeted staffing pattern, revised 5/11/10 (CCA_OC039003-039007) | |
| 2236 | | | | | 2010 budgeted staffing pattern, revised 9/9/10 (CCA_OC039008-039012) | |
| 2237 | | | | | 2011 budgeted staffing pattern, revised 10/25/10 CCA_OC039013-039017 | |
| 2238 | | | | | 2011 budgeted staffing pattern, revised 1/17/11 (CCA_OC039018-039022) | |
| 2239 | | | | | 2011 budgeted staffing pattern, revised 5/12/11 (CCA_OC039023-039027) | |
| 2240 | | | | | 2011 budgeted staffing pattern, revised 6/28/11 (CCA_OC039028-039032) | |
| 2241 | | | | | 2011 budgeted staffing pattern, revised 9/29/11 (CCA_OC039033-039037) | |
| 2242 | | | | | 2011 budgeted staffing pattern, revised 10/14/11 (CCA_OC039038-039042) | |
| 2243 | | | | | 2011 budgeted staffing pattern, revised 10/27/11 (CCA_OC039043-039047) | |
| 2244 | | | | | 2012 budgeted staffing pattern, revised 10/27/11 (CCA_OC039048-039052) | |
| 2245 | | | | | 2014 budgeted staffing pattern, revised 12/17/13 (CCA_OC043749-043753) | |
| 2246 | | | | | 6/20/12 Administrative Directive, subject: Shift Roster Standard Guidelines (OC_ESI005663-05664) | |
| 2247 | | | | | 5/1/12 email from Tim Wengler, subject: RE: Emailing: Budget Adjustments May 1, 2012 (OC_ESI007964-007965) | |
| 2248 | | | | | 11/9/10 letter from Tim Wengler re: Idaho Correctional Center – Staffing Assessment, as produced by IDOC in response to Plaintiffs' Subpoena Duces Tecum | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2249 | | | | | 12/20/10 letter from Natalie Warner Re: Contract CPO02167 – Staffing Requirements and Assessment Response, as produced by IDOC in response to Plaintiffs' Subpoena Duces Tecum. (JEP000014-000016) | |
| 2250 | | | | | 1/5/11 letter from Tim Wengler to Natalie Warner re: Contract CPO02167 – Staffing Requirements and Assessment, as produced by IDOC in response to Plaintiffs' Subpoena Duces Tecum. (JEP000019) | |
| 2251 | | | | | 3/9/11 letter from Natalie Warner to Natasha Metcalf re: Contract CPO02167 – Staffing Requirements Notice of Breach, as produced by IDOC in response to Plaintiffs' Subpoena Duces Tecum. (CCA_OC000539-000542) | |
| 2252 | | | | | 3/21/11 letter from Natasha Metcalf re: Contract No. CPO02167 – Staffing Requirements Notice of Breach, as produced by IDOC in response to Plaintiffs' Subpoena Duces Tecum | |
| 2253 | | | | | 3/31/11 letter from Natalie Warner re: Contract No. CPO02167 – Staffing Requirements Notice of Breach, as produced by IDOC in response to Plaintiffs' Subpoena Duces Tecum. | |
| 2254 | | | | | Excerpt of 2012 year-end metrics report regarding Salary and Wages at ICC. | |
| 2255 | | | | | 11/8/12 5-1C Incident Statement by Tim Johnson (CCA_OC047290) | |
| 2256 | | | | | 11/8/12 5-1C Incident Statement by J. Watkins (CCA_OC047291) | |
| 2257 | | | | | 5/5/12 Master Control logbook (CCA_OC047292-047297) | |
| 2258 | | | | | ICC Post Order PO-125 Close Custody Recreation Officer, effective date 8/28/11 (CCA_OC047298-047300) | |
| 2259 | | | | | ICC Policy 9-5 Searches of Inmates/Residents and Various Locations, effective date 4/15/00 (CCA_OC047301-047305) | |
| 2260 | | | | | ICC Policy 5-1 Incident Reporting, effective date 2/22/09 (CCA_OC047306-047325) | |
| 2261 | | | | | Problem Solving Notice for Garth Carrick, dated 5/4/12 (CCA_OC047326) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2262 | | | | | IDOC SOP 318.02.01.001 Disciplinary Procedures: Offender, reviewed 3/4/10 (CCA_OC047327-047337) | |
| 2263 | | | | | CCA Policy Waiver/Exemption regarding policies 15-1 Offense and Penalty Code - Adult and 15-2 Disciplinary Procedures – Adult (CCA_OC047338) | |
| 2264 | | | | | 4/29/11 email with Subject: Transfer concerns, bates nos. CCA_OC047339-047342. 4/28/11 Memo re: ICC STG Placement Concerns (CCA_OC047343-047344) | |
| 2265 | | | | | 4/1/13 Corrective Action Worksheet re: Staffing Contractually Mandated Posts (CCA_OC047345-047348) | |
| 2266 | | | | | Number of correctional officers hired at ICC for 1/2009 – 3/2014 (CCA_OC047349-047353) | |
| 2267 | | | | | ICC Monitoring Report by Tad Leach, 12/16/13 (CCA_OC047483-047491_ | |
| 2268 | | | | | ICC Monitoring Report by Tad Leach, 1/15/14 (CCA_OC047492-047499) | |
| 2269 | | | | | ICC Monitoring Report by Tad Leach, 2/15/14 (CCA_OC047500-047507) | |
| 2270 | | | | | ICC Monitoring Report by Tad Leach, 3/15/14 (CCA_OC047508-047515) | |
| 2271 | | | | | ICC Monitoring Report by Tad Leach, 4/15/14 (CCA_OC047516-047523) | |
| 2272 | | | | | ICC Monitoring Report by Tad Leach, 5/15/14 (CCA_OC0047524-047531) | |
| 2273 | | | | | ICC Monitoring Report by Tad Leach, 6/30/14 (CCA_OC047543-047592) | |
| 2274 | | | | | ICC Comprehensive Violence Report by Tad Leach, 4/1/14 (CCA_OC047593-047609) | |
| 2275 | | | | | ISCI – ICC Assault Comparison chart, bates nos. CCA_OC047533-047539 | |
| 2276 | | | | | Declaration of Garth Carrick (CCA_OC047540-047512) | |
| 2277 | | | | | May 20, 2015 U.S. Department of Justice Press Release - “FBI Concludes Lengthy Investigation of Corrections Corporation of America: Idaho U.S. Attorney’s Office Declines Prosecution” (CCA_OC047630-047632) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2278 | | | | | All non-objectionable documents/records produced by Defendant in Response to Plaintiffs' written discovery requests, including Requests for Production of Documents as applicable Defendant in this action and as produced during the course of discovery in this case, including any documents supplemental after this date, including ESI productions. | |
| 2279 | | | | | All non-objectionable document/records produced by Plaintiffs in Response to Defendant's Requests for Production of Documents and/or Interrogatories as applicable to each and every Plaintiff (current or dismissed). | |
| 2280 | | | | | Curricula vitae of all of Defendant's expert witnesses | |
| 2281 | | | | | Demonstrative exhibits for use at trial | |
| 2282 | | | | | Any and all non-objectionable exhibits identified by any other parties, even if later withdrawn. | |