# UNITED STATES DISTRICT COURT

Central     DISTRICT OF     Idaho

OMAR CASTILLON, DUSTY KNIGHT, JUSTIN PETERSON, LEON RUSSELL, CHRIST PETERSON, LEON RUSSELL, CHRISTOPHER JORDAN, JACOB JUDD, MICHAEL FORD-BRIDGES, AND RAYMOND BRYANT

Plaintiffs,

V.

CORRECTIONS CORPORATION OF AMERICA, INC.,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:
1:12-cv-559-DVB

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

The Jury found by a preponderance of the evidence that Defendant CCA was deliberately indifferent to a substantial risk of serious harm to Plaintiffs and disregarded it by failing to take reasonable measures to address it, in violation of their Eighth Amendment rights.

The Jury found by a preponderance of the evidence that Defendant CCA had a widespread or longstanding practice or custom of understaffing at ICC.

The Jury did not find by a preponderance of the evidence that a practice or custom of understaffing caused a deprivation of Plaintiffs' Eighth Amendment rights on May 4 and May 5, 2012.

March 9, 2017
Date

Elizabeth A. Smith
Clerk

(By), Deputy Clerk