IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Omar Castillon, Dusty Knight, Justin Peterson, Leon Russell, Christ Peterson, Christopher Jordan, Jacob Judd, Michael Ford-Bridges, and Raymond Bryant, Plaintiffs, | Case No. 1:12-cv-559-DVB |
| v. | Amended Judgment on Jury Verdict |
| Corrections Corporation of America, Inc., Defendants. | |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict,

IT IS ORDERED AND ADJUDGED

Judgement is entered in favor of the Defendant with Plaintiffs to take nothing.

Dated this 6th day of October , 2017.

Stephen W. Kenyon, Clerk

by: Sherri O'Larey , Deputy