UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 02 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OMAR CASTILLON; DUSTY KNIGHT; JUSTIN KEITH PETERSON; LEON RUSSELL; CHRISTOPHER S. JORDAN; JACOB JUDD; MICHAEL FORD-BRIDGES; RAYMOND BRYANT,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>    Defendant - Appellee. | No. 17-35896<br><br>D.C. No. 1:12-cv-00559-DVB<br>U.S. District Court for Idaho, Boise<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Thu., November 9, 2017** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., December 4, 2017** | Transcript shall be ordered. |
| **Tue., January 2, 2018** | Transcript shall be filed by court reporter. |

| | |
|---|---|
| **Mon., February 12, 2018** | Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Mon., March 12, 2018** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellants' reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Holly Crosby
Deputy Clerk
Ninth Circuit Rule 27-7